UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JORGE M. ESTEVEZ | : | CIVIL ACTION |
| VS. | : | NO. 00-127 |
| JAMEELA Y. ARSHAD, M.D. And WASHINGTON CORRECTIONAL INSTITUTION | : | SECTION "R"(4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL

NOW INTO COURT, comes the defendant, **WASHINGTON CORRECTIONAL INSTITUTE**, and suggests to this Court that Ms. Michéal L. Penn, Assistant Attorney General has been assigned to the defense in the captioned matter.

**WHEREFORE,** mover prays that the name of (Ms.) Michéal L. Penn, Assistant Attorney General be enrolled as counsel of record herein on behalf of the defendant Washington Correctional Institute.

Respectfully submitted:

RICHARD P. IEYOUB
ATTORNEY GENERAL

BY: _/s/ Micheal L. Penn_
(MS.) MICHÉAL L. PENN (#20321)
ASSISTANT ATTORNEY GENERAL

LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
601 Poydras Street, Suite 1725
New Orleans, LA 70130
Phone No.   504-599-1200
Fax No.      504-599-1212

DATE OF ENTRY FEB 2 5 2000

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing **MOTION TO ENROLL** on the pro se plaintiff, Jorge M. Estevez by depositing a copy in the U.S. Mail, each properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this 24 day of February 2000.

Jorge M. Estevez, DOC #75111
Washington Correctional Institute
27268 Highway 1
Angie, LA 70426

_____
(Ms.) Micheál L. Penn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JORGE M. ESTEVEZ | : | CIVIL ACTION |
| VS. | : | NO. 00-127 |
| JAMEELA Y. ARSHAD, M.D. And WASHINGTON CORRECTIONAL INSTITUTION | : | SECTION "R"(4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Having considered the foregoing Motion to Enroll,

**IT IS ORDERED** (Ms.) Michéal L. Penn, Assistant Attorney General is enrolled as counsel of record to represent the defendant.

**SO ORDERED** at New Orleans, Louisiana, on this 24th day of February 2000.

HON. KAREN WELLS ROBY
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA – NEW ORLEANS