FILED
U.S. DISTRICT COURT
2000 FEB 25 A 8:30
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
ROBY, M.J.
February 24, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO: 00-0127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION: "R" (4) |

The plaintiff has filed a **MOTION FOR APPOINTMENT OF COUNSEL.**

The plaintiff must certify in writing the steps he has taken to secure counsel within ten (10) days of this minute entry.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY   FEB 25 2000

Fee____
Process____
X /Dktd____
CtRmDep____
Doc.No.____