

**MINUTE ENTRY**
**ROBY, M.J.**
**March 23, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE M. ESTEVEZ** | CIVIL ACTION |
| **VERSUS** | NO:   00-0127 |
| **JAMEELA Y. ARSHAD** | SECTION: "R" (4) |

The plaintiff in the captioned matter has filed a **MOTION FOR APPOINTMENT OF COUNSEL (doc# 6)**. However, a District Court should only appoint counsel in a civil rights case if the case presents exceptional circumstances. *Norton v. E.U. Dimazana,* 122 F. 3d 286, 293 (5th Cir. 1997).

On February 25, 2000 **(doc #7)**, the Court ordered the plaintiff to certify in writing the steps he has taken to secure counsel. On March 3, 2000, the plaintiff responded to the Order.

Having considered the factors suggested in *Ulmer v. Chancellor,* 691 F.2d 209 (5th Cir. 1982) and further allowing the plaintiff an opportunity to advise the court of steps taken to secure counsel,

**IT IS ORDERED** that the plaintiff's **Motion for Appointment of Counsel is DENIED**.

DATE OF ENTRY
MAR 2 4 2000

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

Fee____
Process____
X Dktd____
____CtRmDep____
Doc.No. 13