

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -7 P 2: 03

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**APRIL 7, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE M. ESTEVEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0127** |
| **JAMEELA Y. ARSHAD, ET AL** | **SECTION: "R" (4)** |

A **SPEARS HEARING BY PHONE** is hereby scheduled with the undersigned Magistrate Judge on **April 19, 2000 at 9:30 a.m.**  The purpose of the hearing is to clarify the nature of the plaintiff's claims.  The plaintiff will be sworn to provide testimony regarding the nature of his claim.  The proceeding will be recorded.

The Clerk is directed to send a copy of this minute entry to the Warden of Washington Correctional Institute in Angie, Louisiana.  **The Warden is directed to have the plaintiff, JORGE M. ESTEVEZ, made available by telephone for the conference.**

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Washington Correctional Institute, Warden**
**27268 Highway 21**
**Angie, LA 70426**

DATE OF ENTRY
APR  7 2000