

**MINUTE ENTRY**
**ROBY, M.J.**
**APRIL 19, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO: 00-0127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION: "R" (4) |

A **Spears Hearing by Phone** was held on April 19, 2000 with the undersigned Magistrate Judge. The purpose of the hearing was to clarify the nature of the plaintiff's claims. The plaintiff was sworn to provide testimony regarding the nature of his claim. The proceeding was recorded.

**IT IS ORDERED** that the defendant, Washington Correctional Institute (WCI), provide copies of the plaintiff's grievances to the Court.

**IT IS FURTHERED ORDERED** that the defendant, WCI, produce a copy of the plaintiff's medical records to the Court within fifteen (15) days of the receipt of this minute entry.

**IT IS FURTHERED ORDERED** that the defendant, WCI, obtain copies of the plaintiff's Physical Therapy, Neurology, and Occupational Therapy medical records from Charity Hospital of Louisiana and provide copies to the Court within thirty (30) days.

The plaintiff is **granted an extension of time until April 30, 2000**, to submit an amended complaint.

DATE OF ENTRY
APR 2 4 2000

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE