MINUTE ENTRY
ROBY, M.J.
May 5, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO:  00-0127 |
| JAMELLA Y. ARSHAD, ET AL | SECTION: "R" (4) |

On May 4, 2000, the defendants provided the Court with copies of plaintiff's grievances and medical records from the Washington Correctional Institute in compliance with the Court's April 19, 2000 minute entry (Doc. # 18).[1] Accordingly,

**IT IS ORDERED** that plaintiff's grievances and medical records be filed in the record. The Clerk of Court is further ordered to send a copy of the filed medical records to plaintiff at no charge.

DATE OF ENTRY
MAY - 5 2000

New Orleans, Louisiana, this 5th day of May, 2000.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

cc: Clerk of Court

---

[1] The defendants were also ordered to provide the Court with copies of plaintiff's Physical Therapy, Neurology & Occupational Therapy medical records from Charity Hospital of Louisiana. (Doc. # 18).