FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -9 P 2:47

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**June 9, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE M. ESTEVEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO:     00-0127** |
| **ARSHAD, ET AL** | **SECTION: "R" (4)** |

On May 23, 2000, pro se plaintiff, Jorge M. Estevez, filed a Motion for Voluntary Dismissal (doc. 37) pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The Court granted plaintiff's motion on June 5, 2000, dismissing plaintiff's Complaint without prejudice. On June 6, 2000, defendants Richard L. Stalder, Ed day, Robert Tanner and Johnny Creed filed a **Motion to Dismiss for Failure to State A Claim Upon Which Relief Can Be Granted** under Rule 12(b)(6) of the Federal Rules of Civil Procedure (doc. 38), seeking dismissal of plaintiff's Complaint with prejudice.

Accordingly,

**IT IS ORDERED** that defendants' **Motion to Dismiss for Failure to State A Claim Upon Which Relief Can Be Granted (doc. 38)** is hereby denied as moot.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUN 1 2 2000

