FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -9 P 4: 35

LORETTA G. WHYTE
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * * * *

| | | |
|---|---|---|
| JORGE M. ESTEVEZ | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0127 |
| JAMEELA YARSHAD, ET AL | * | SECTION "R" (4) |

* * * * * * * * * * * * * * *

## MOTION FOR FIRST EXTENSION OF TIME

**ON MOTION** of **Sheriff Harry Lee,** defendant herein, through undersigned counsel and on suggesting to this Honorable Court that mover has been served with a copy of the Complaint filed herein. Mover desires a twenty (20) day extension of time within which to file responsive pleadings in order that an investigation of the allegations of the complaint may be conducted and prepare a defense thereon; an extension of twenty (20) days is respectfully requested. Counsel for defendant certifies that no opposition to the granting of an extension of time has been filed into the record of the Court.

DATE OF ENTRY

JUN 1 4 2000

Respectfully submitted,

**MARTINY & CARACCI**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
(504) 834-7676

BY: _____
**DANIEL R. MARTINY (9012)**
**FRANZ L. ZIBILICH (14914)**
**Attorneys for Defendant,**
**Sheriff Harry Lee**

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of June, 20 00, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

_____

**ORDER**

Considering the above and foregoing:

**IT IS ORDERED** that the defendant herein is hereby granted a twenty (20) day extension of time from which to file responsive pleadings.

New Orleans, Louisiana this 12TH day of JUNE, 2000.

_____
UNITED STATES DISTRICT JUDGE