FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 19 A 11: 38

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**June 19, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE M. ESTEVEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0127** |
| **ARSHAD, ET AL** | **SECTION: "R" (4)** |

On May 23, 2000, pro se plaintiff, Jorge M. Estevez, filed a Motion for Voluntary Dismissal (doc. 37) pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The Court granted plaintiff's motion on June 5, 2000, dismissing plaintiff's Complaint without prejudice. On May 25, 2000, defendants Richard L. Stalder and Johnny Creed filed a **Motion to Strike Prayer for Attorney's fees Under 42 U.S.C. §1988 (doc. 36)**.

Accordingly,

**IT IS ORDERED** that defendants' **Motion to Strike Prayer for Attorney's fees Under 42 U.S.C. §1988 (doc. 36)** is hereby denied as moot.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY _____

DATE OF ENTRY  JUN 2 0 2000

___ Fee
___ Process
 X  Dktd
 ✓  CtRmDep
___ Doc No.