


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO. 00-127 |
| JAMEELA Y ARSHAD, ET AL | SECTION: R(4) |

### ORDER OF REFERENCE TO U.S. MAGISTRATE JUDGE

IT IS ORDERED that, in accordance with Rule 73 of the Rules of this Court, the motion by the plaintiff seeking to address the Court is hereby referred to United States Magistrate Judge Karen Wells Roby.

New Orleans, Louisiana, this 7th day of July, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 1 0 2000

Fee_____
Process___
X/ Dktd____
_/ CtRmDep__
Doc. No.____