


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO. 00-127 |
| JAMEELA Y ARSHAD, ET AL | SECTION: R(4) |

### ORDER OF REFERENCE TO U.S. MAGISTRATE JUDGE

IT IS ORDERED that, in accordance with Rule 73 of the Rules of this Court, the motion by the plaintiff for a temporary restraining order and a preliminary injunction is hereby referred to United States Magistrate Judge Karen Wells Roby.

New Orleans, Louisiana, this 15th day of August, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 2 1 2000