


**MINUTE ENTRY**
**ROBY, M.J.**
**September 6, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE M. ESTEVEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0127** |
| **JAMEELA M. ARSHAD, ET AL** | **SECTION: "R" (4)** |

Pursuant to the Court's Minute Entry **(doc#18)** the Docket Clerk is hereby ordered to file the attached medical records from the Medical Center at New Orleans and the certified copies of the Washington Correctional Center grievance records into the Court's record.

The Clerk of Court is further ordered to send copy of the filed medical records to the plaintiff at no charge.

                                    KAREN WELLS ROBY
                            UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 0 7 2000