


**MINUTE ENTRY**
**ROBY, M.J.**
**SEPTEMBER 6, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE M. ESTEVEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0127** |
| **JAMEELA Y. ARSHAD, ET AL** | **SECTION: "R" (4)** |

A **Spears Hearing by telephone** was held on September 6, 2000 with the undersigned Magistrate Judge. Participating in the hearing were plaintiff, pro se, Daniel Martiny for Sheriff Harry Lee, and Assistant Louisiana Attorney General Micheal Penn for the Washington Correctional Institute (WCI), Warden Ed Day, Richard Stalder, the Louisiana Department of Corrections, Johnny Creed, and Robert Tanner. The purpose of the hearing was to clarify the nature and status of the plaintiff's claims and to clarify his motion for temporary restraining order which was referred to the undersigned Magistrate Judge on August 15, 2000. The plaintiff was sworn to provide testimony regarding the nature of his claims. The proceeding was recorded.

Plaintiff requested that the court reopen his case so that he can pursue his claims of inadequate medical care and for failure to provide an exercise area for handicap inmates at WCI. Plaintiff also moved for voluntary dismissal of Sheriff Harry Lee. The Magistrate Judge will issue a Report and Recommendation to the District Judge addressing these matters.

**IT IS ORDERED** that plaintiff's motion for temporary restraining order (Rec. Doc. 44) is **DENIED**.

DATE OF ENTRY
SEP 0 7 2000

**IT IS FURTHER ORDERED** that on or before October 2, 2000, the defendants shall file responses to plaintiff's motion for preliminary injunction (Rec. Doc. 44).

**IT IS FURTHERED ORDERED** that a preliminary injunction hearing shall be held before the undersigned Magistrate Judge on October 16, 2000 at 1:30 p.m. Plaintiff shall participate by telephone with counsel for defendants to appear in Chambers.

**IT IS FURTHER ORDERED** that the clerk of court send a copy of plaintiff's motion for temporary restraining order (Rec. Doc. 44) to plaintiff without cost.

The Clerk is directed to send a copy of this minute entry to the Warden of Washington Correctional Institute in Angie, Louisiana. **The Warden is directed to have the plaintiff, JORGE M. ESTEVEZ, #75111, made available by telephone for the hearing scheduled for Monday, October 16, 2000 at 1:30 p.m.**

**Plaintiff is advised that if he is transferred or released from custody, he must notify the clerk of court in writing of his new address and telephone number.**

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE