


**MINUTE ENTRY**
**ROBY, M.J.**
**SEPTEMBER 6, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO. 00-0127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION "R" (4) |

At the *Spears* hearing held August 6, 2000, plaintiff advised the court that he has been unable to serve Dr. Jameela Y. Arshad at the prison since she is no longer employed at the prison. Micheal Penn, counsel for the Louisiana Department of Corrections and the Washington Correctional Institute advised the court that it is against DOC policy to release the private addresses of its employees to the inmates. Accordingly,

**IT IS ORDERED** that, on or before September 26, 2000, counsel for the Louisiana Department of Corrections and the Washington Correctional Institute **shall** submit to the court *in camera* the last known address of Jameela Y. Arshad, M.D. and advise the court in writing

DATE OF ENTRY
SEP 0 7 2000



whether service will be **waived** or **accepted** by the Louisiana Attorney General and/or the Louisiana Department of Justice on Dr. Arshad's behalf in this action.

                                                                                    _____
                                                                                    KAREN WELLS ROBY
                                                                                    UNITED STATES MAGISTRATE JUDGE