


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JORGE M. ESTEVEZ                                CIVIL ACTION

VERSUS                                          NO. 00-127

JAMEELA Y ARSHAD, ET AL                         SECTION: R(4)

### ORDER OF REFERENCE TO U.S. MAGISTRATE JUDGE

IT IS ORDERED that, in accordance with Rule 73 of the Rules of this Court, the motion by the plaintiff to reopen this matter and to file a 2nd amended and supplemental complaint is hereby referred to United States Magistrate Judge Karen Wells Roby.

New Orleans, Louisiana, this 8th day of September, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 1 1 2000

___Fee
___Process
_X_Dktd
___CtRmDep
___Doc.No.