



**MINUTE ENTRY**
**ROBY, M.J.**
**September 12, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE M. ESTEVEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO:    00-0127** |
| **JAMEELA Y. ARSHAD, ET AL** | **SECTION: "R" (4)** |

On September 6, 2000, the Court ordered that on or before September 26, 2000, counsel for the Louisiana Department of Corrections and the Washington Correctional Institute **shall** submit to the court *in camera* the last known address of Jameela Y. Arshad, M.D. and advise the court in writing whether service will be **waived** or **accepted** by the Louisiana Attorney General and/or the Louisiana Department of Justice on Dr. Arshad's behalf in this action. **(Doc #50)**

In compliance with the **latter portion** of the court's order, the attached letter from the State of Louisiana Department of Justice was submitted notifying the court that the State of Louisiana Department of Justice and/or the State Attorney's General's Office will not waive or accept service on Dr. Arshad's behalf.

To comply with the **first portion** of the court's order, counsel must submit *in camera* the last known address of Jameela Y. Arshad, M.D. **on or before September 26, 2000.**

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 13 2000



RICHARD P. IEYOUB
ATTORNEY GENERAL

**State of Louisiana**
DEPARTMENT OF JUSTICE
LITIGATION DIVISION
New Orleans
70130

601 POYDRAS STREET
SUITE 1725
TEL: (504) 599-1200
FAX: (504) 599-1212

September 7, 2000

### HAND DELIVERED

Hon. Karen Wells Roby, Magistrate Judge
U.S. District Court, Eastern District of Louisiana
Hale Boggs Federal Building
501 Magazine Street, Room B-437
New Orleans, LA 70130

RE: *Jorge M. Estevez v. Jameela Y. Arshad, et al.*
Docket No. 00-127 "R" (4), USDC Eastern District

Dear Magistrate Judge Roby:

In compliance with the Minute entry dated September 6, 2000 (Rec. Doc. 50), this is to advise you that the State of Louisiana Department of Justice and/or the State Attorney General's Office will not waive or accept service on Dr. Arshad's behalf.

Very truly yours,

RICHARD P. IEYOUB
ATTORNEY GENERAL

By: _____
(Ms.) MICHÉAL L. PENN
ASSISTANT ATTORNEY GENERAL

/mlp

cc: Ed C. Day, Jr., Warden
    Jorge M. Estevez, DOC #75111