

MINUTE ENTRY
ROBY, M.J.
SEPTEMBER 14, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO. 00-0127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION "R" (4) |

Pursuant to the undersigned Magistrate Judge's oral ruling at the *Spears* hearing held September 5, 2000,

**IT IS ORDERED** that plaintiff's motion to reopen this case and to file a second amended and supplemental complaint (Rec. Doc. 51) is **GRANTED**. The Clerk of Court is directed to return this case to the active docket of the Court.

DATE OF ENTRY
SEP 1 5 2000

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

Doc.No. 55