

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

```
*****************************
JORGE M. ESTEVEZ              :      CIVIL ACTION
                              :
VS.                           :      NO. 00-127
                              :
JAMEELA Y. ARSHAD, M.D.       :
And WASHINGTON                :
CORRECTIONAL                  :
INSTITUTION                   :      SECTION "R"(4)
*****************************
```

### MOTION AND MEMORANDUM IN SUPPORT OF DEFENDANTS' REQUEST TO FILE ORIGINAL AFFIDAVIT

**NOW INTO COURT**, through the undersigned Assistant Attorney General, come the defendants and request this Court is an order to allow them to file the original Affidavit of Kathleen McGinnis in support of their Opposition to Plaintiff's Motion for Injunctive Relief. The defendants reserved their right to file same upon receipt in their Opposition. The filing of this original Affidavit will not prejudice the plaintiff in any way nor will it retard the progress of this case.

**WHEREFORE**, the defendants respectfully request this Court allow them to file the original Affidavit of Kathleen McGinnis.

Respectfully submitted,

DATE OF ENTRY
OCT 4 2000

1



**RICHARD P. IEYOUB**
**ATTORNEY GENERAL**

BY: *Micheal L. Penn*
**(MS.) MICHÉAL L. PENN (# 20321)**
**Assistant Attorney General**

**DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
601 Poydras Street, Suite 1725
Pan American Life Center
New Orleans, Louisiana 70130
Direct Telephone No.     504-599-1200
Main Telephone No. 504-599-0589
Fax No.                  504-599-1212

## CERTIFICATE OF SERVICE

I CERTIFY I have served the foregoing **MOTION AND MEMORANDUM IN SUPPORT OF DEFENDANTS' REQUEST TO FILE ORIGINAL AFFIDAVIT** on the pro-se plaintiff by depositing a copy in the U.S. Mail, properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this __3__ day of October 2000.

Jorge M. Estevez, DOC No. 75111
Washington Correctional Institute
27269 Highway 21
Angie, LA   70426

*Micheal L. Penn*
(Ms.) Michéal L. Penn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
*****************************
JORGE M. ESTEVEZ              :        CIVIL ACTION
                              :
VS.                           :        NO. 00-127
                              :
JAMEELA Y. ARSHAD, M.D.       :
And WASHINGTON                :
CORRECTIONAL                  :
INSTITUTION                   :        SECTION "R"(4)
*****************************
```

## ORDER

**CONSIDERING THE FOREGOING MOTION**, it is ordered that the defendants be allowed to file the original Affidavit of Kathleen McGinnis.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

3