

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*****************************
| | | |
|---|---|---|
| JORGE M. ESTEVEZ | : | CIVIL ACTION |
| VS. | : | NO. 00-127 |
| JAMEELA Y. ARSHAD, M.D.<br>And WASHINGTON<br>CORRECTIONAL<br>INSTITUTION | : | SECTION "R"(4) |

*****************************

### MOTION AND MEMORANDUM IN SUPPORT OF DEFENDANTS' REQUEST TO FILE PAGE 3 OF THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**NOW INTO COURT**, through the undersigned Assistant Attorney General, come the defendants and request this Court is an order to allow them to file page 3 of their Opposition to the plaintiff's Motion for Preliminary Injunction. It appears that this page was inadvertently left out of the original and copies provided to the Court and the plaintiff. The filing of this page will not prejudice the plaintiff in any way nor will it retard the progress of this case.

**WHEREFORE**, the defendants respectfully request this Court allow them to file page 3 of their Opposition to plaintiff's Motion for Preliminary Injunction.

DATE OF ENTRY
OCT 1 7 2000

1



Respectfully submitted,

**RICHARD P. IEYOUB**
**ATTORNEY GENERAL**

BY: _____
(MS.) MICHÉAL L. PENN (# 20321)
Assistant Attorney General

**DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
601 Poydras Street, Suite 1725
Pan American Life Center
New Orleans, Louisiana 70130
Direct Telephone No.    504-599-1200
Main Telephone No.     504-599-0589
Fax No.                504-599-1212

## CERTIFICATE OF SERVICE

I CERTIFY I have served the foregoing **MOTION AND MEMORANDUM IN SUPPORT OF DEFENDANTS' REQUEST TO FILE PAGE 3 OF THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** on the pro-se plaintiff by depositing a copy in the U.S. Mail, properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this 13 day of October 2000.

Jorge M. .Estevez, DOC No. 75111
Washington Correctional Institute
27269 Highway 21
Angie, LA  70426

_____
(Ms.) Michéal L. Penn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JORGE M. ESTEVEZ | : | CIVIL ACTION |
| | : | |
| VS. | : | NO. 00-127 |
| | : | |
| JAMEELA Y. ARSHAD, M.D. | : | |
| And WASHINGTON | : | |
| CORRECTIONAL | : | |
| INSTITUTION | : | SECTION "R"(4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING THE FOREGOING MOTION**, it is ordered that the defendants be allowed to file page 3 of their Opposition.

_____
HON. KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE