UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JORGE ESTEVEZ                                              CIVIL ACTION

VERSUS                                                     NO. 00-127

JAMEELA ARSHAD, ET AL.                                     SECTION "R"

MONDAY, OCTOBER 16, 2000
MAGISTRATE JUDGE KAREN WELLS ROBY PRESIDING

COURTROOM DEPUTY: JAY SUSSLIN
COURT REPORTER: ARLENE MOVAHED

PRELIMINARY INJUNCTION HEARING

APPEARANCES:   JORGE ESTEVEZ, PRO SE
               MICHEAL LESLIE PENN, FOR DEFENDANTS

Court begins at 1:30 p.m.
All present and ready.
Counsel appear for the record.
Jorge Estevez, sworn and testified.
Motion DENIED.
Court adjourned at 3:00 p.m.



DATE OF ENTRY
OCT 1 7 2000



___Fee___
___Process___
_X_Dktd
___CtRmDep
Doc.No.