Case 2:00-cv-00127-SSV-KWR    Document 65    Filed 10/18/2000    Page 1 of 2



MINUTE ENTRY
ROBY, M.J.
OCTOBER 16, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO: 00-0127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION: "R" (4) |

A **Preliminary Injunction Hearing by telephone** was held on October 16, 2000 with the undersigned Magistrate Judge. Participating in the hearing were plaintiff, Jorge M. Estevez, pro se, and Assistant Louisiana Attorney General Micheal Penn for the Washington Correctional Institute (WCI), Warden Ed Day, Richard Stalder, the Louisiana Department of Corrections, Johnny Creed, and Robert Tanner. The purpose of the hearing was to hear testimony and argument regarding plaintiff's motion for preliminary injunction which was referred to the undersigned Magistrate Judge on August 15, 2000. The plaintiff was sworn to provide testimony regarding the basis of his motion. The proceeding was recorded.

Having considered the motion, the opposition, and plaintiff's testimony:

**IT IS ORDERED** that plaintiff's **Motion For Preliminary Injunction (Rec. Doc. 44)** is **DENIED**.

**IT IS FURTHER ORDERED** that **on or before October 25, 2000**, the **plaintiff** shall file an **opposition** to the defendants Richard Stalder and Johnny Creed's joint **Motion to Strike the Plaintiff's Prayer For Attorney's Fees Under 42 U.S.C. § 1988 (Rec. Doc. 36)**.

DATE OF ENTRY
OCT 1 8 2000

**IT IS FURTHERED ORDERED** that **on or before October 30, 2000**, the **plaintiff** shall file an **opposition** to the defendants Richard Stalder, Ed Day, Robert Tanner and Johnny Creed's joint **Motion to Dismiss Plaintiff's Complaint For Failure to State a Claim Upon Which Relief Can Be Granted (Rec. Doc. 38)**.

**IT IS FURTHER ORDERED** that plaintiff's oral request for an extension of time to file his second amended complaint, for which leave to file was previously granted on September 14, 2000, is **GRANTED**. Plaintiff shall have until **December 3, 2000**, to file his second amended complaint.

**Plaintiff is advised that if he is transferred or released from custody, he must notify the clerk of court in writing of his new address and telephone number.**

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE