UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 24 OCT 2000
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JORGE M. ESTEVEZ, PRO-SE | CIVIL ACTION: |
| VS. | NO: 00-CV-127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION: "R" (4) |

NOTICE OF INTENT TO APPEAL
JUDGEMENT OF PRELIMINARY INJUNCTION

NOW BEFORE THE COURT:

Comes Plaintiff, Jorge M. Estevez, Pro-Se and wishes the court to understand that he did not appeal his motion for a Temporary Restraining Order as he is due to be released next month, but he does wish to appeal his motion for a Preliminary Injunction, and Temporary Restraining Order.

Signed and done this 21TH day of October 2000.

SUBMITTED BY

*Jorge M Estevez*

JORGE M. ESTEVEZ #75111
WASHINGTON CORR. INSTITUTE
27268 HWY. 21, RAIN-1
Angie, LA. 70426