


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO. 00-0127 |
| JAMEELA Y. ARSHAD, ET AL. | SECTION "R" (4) |

### ORDER AND REASONS

Before the Court are plaintiff Jorge M. Estevez's objections to the Magistrate's Report and Recommendation. Having reviewed *de novo* the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and plaintiff's objections thereto, the Court agrees that plaintiff's claim against Washington Correctional Institute should be dismissed with prejudice.

Plaintiff, Jorge M. Estevez, is a state prisoner incarcerated in the Washington Correctional Institute at Angie, Louisiana. On January 14, 2000, he filed a complaint pursuant to 42 U.S.C. § 1983 against, among others, the Washington Correctional Institute. In response, Washington Correctional

Institute filed a motion to dismiss on February 29, 2000. After reviewing the motion, the Magistrate Judge found that, pursuant to Louisiana Revised Statute section 36:401, Estevez may sue the Department of Public Safety and Corrections, but not individual penal institutions. Although Estevez filed an objection and a supplemental objection, he concedes that Washington Correctional Institute does not have the capacity to be sued and moves to amend his complaint to name the Louisiana Department of Corrections as a defendant. (Pl.'s Objections at 2; Pl.'s Supplemental Objections at 1-2). As plaintiff does not object to dismissing Washington Correctional Institute, the Court approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as the Court's opinion. Further, as the Magistrate Judge granted plaintiff's motion to file a second supplemental and amended complaint on September 14, 2000, the Court finds this motion to amend to be moot. Accordingly,

IT IS ORDERED that plaintiff's claim against Washington Correctional Institute be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 26th day of October, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT COURT