UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  02 NOV 2000
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JORGE M. ESTEVEZ, PRO SE | CIVIL ACTION |
| VS. | NO: 00-CV-127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION: "R" (4) |

## NOTICE OF APPEAL

TO THE COURT:

  PRO SE PLAINTIFF, JORGE M. ESTEVEZ, COMES BEFORE THE COURT TO STATE THAT HE WISHES TO APPEAL THE COURT ORDERS AND REASONS GIVEN BY THE COURT ON DOCKET 69, ENTRY DATED OCTOBER 27, 2000. IN SUPPORT OF HIS APPEAL TO THE FIFTH CIRCUIT HE STATES THE FOLLOWING:

1.) THAT NOT BEING AN ATTORNEY OR TRAINED IN LAW, I AM UNABLE TO PROPERLY FILE A NOTICE OF APPEAL OR THE APPEAL ITSELF AND ASK THE COURT TO BARE WITH ME AND GRANT ME ATLEAST (30) DAYS PAST NOVEMBER 3RD, 2000 TO FILE A PROPER APPEAL.

  I HAVE BEEN TRYING FOR (2) WEEKS TO BE PROVIDED A LITIGATION (SELF-HELP) MANUAL BUT, BEING IN PRISON (THOUGH MANUAL EXPLAINING

PAGE 1 OF 9

DATE OF ENTRY
NOV 03 2000

Fee_____
Process_____
X  Dktd
X  CtRmDep
Doc. No._____

LITIGATION ARE PROVIDED) OBTAINING A SELF-HELP LITIGATION MANUAL IS A SLOW PROCESS.

3.) AS I PREVIOUSLY STATED (30) DAYS PAST 11-3-2000, I WILL BE ABLE TO LOCATE A MANUAL TO FILE AN APPEAL AS I'M TO BE RELEASED ON 11-3-2000.

4. THAT ONCE RELEASED I WILL PROBABLY STILL HAVE TO FILE MY OWN APPEAL AS I'LL BE BACK ON SOCIAL SECURITY INCOME (S.S.I.) AS BEFORE MY INCARCERATION AND NOT BE ABLE TO ATTAIN COUNSEL.

SIGNED AND DONE THIS 31ST DAY OF OCT., 2000.

s/ Jorge Estevez
JORGE M. ESTEVEZ

## DECLARATION AND SERVICE CERTIFICATE

I, THE UNDERSIGNED, UNDER THE PENALTY OF PURJURY PURSUANT TO TITLE 28 U.S.C. SEC. 1746, HERBY CERTIFY:

1) THAT ALL THE STATEMENTS PRESENTED IN HIS "RESPONSE TO THE DISTRICT JUDGE'S ORDER AND REASONS OF OCT. 27, 2000" AND HIS "NOTICE OF APPEAL" ARE TRUE AND CORRECT.

PAGE 8 OF 9

2.) THAT THE ORIGINAL AND COPY WERE MAILED TO THE APPROPRIATE PERSONS.

   A.) MS. LORETTA WHYTE, CLERK
      U.S. EASTERN DISTRICT COURT
      500 CAMP ST., ROOM C-151
      N.O., LA. 70130

   B.) MS. MICHEAL PENN, ATTY.
      601 POYDRAY, SUITE 1725
      N.O., LA. 70130

SIGNED AND DONE THIS 31ST DAY OF OCT., 2000.

        s/ Jorge Estevez
        JORGE M. ESTEVEZ # 75111
        WASHINGTON CORR. INSTITUTE
        27268 HWY. 21, RAIN-1
        ANGIE, LA. 20426