**MINUTE ENTRY**
**ROBY, M.J.**
**JANUARY 12, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE M. ESTEVEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0127** |
| **JAMEELA Y. ARSHAD, ET AL** | **SECTION: "R" (4)** |

A review of the record reflects that the following defendants were served on May 16, 2000, with summons and a copy of the complaint but have not filed an answer or other responsive pleading:

  James Miller (Rec. Doc. 31)
  Kathleen McGinnis (Rec. Doc. 29)
  Bessie Carter (Rec. Doc. 32)
  Dr. Tran (Rec. Doc. 27)
  Lynn McCloud (Rec. Do. 34)
  Bill Breland (Rec. Doc. 33)

**IT IS ORDERED** that on or before February 1, 2001, plaintiff shall show cause in writing why the claims against these defendants should not be dismissed for failure to prosecute since he has failed to pursue entry of default against these defendants.

DATE OF ENTRY
JAN 1 6 2001

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc.No. 76