Case 2:00-cv-00127-SSV-KWR   Document 77   Filed 01/26/2001   Page 1 of 7

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED  JAN 26 2001

LORETTA G. WHYTE
Clerk  VXH.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

JORGE M. ESTEVEZ                 | CIVIL ACTION

vs.                              | NO: 00-CV-127

JAMEELA Y. ARSHAD, ET AL         | SECTION: "R" (4)

### MOTION TO FILE A 2nd CHANGE OF ADDRESS, ANOTHER REQUEST FOR APPOINTMENT OF COUNSEL AND ANOTHER 30 DAY EXTENSION TO FILE A SUPPLEMENTAL COMPLAINT

TO THE COURT:

IN SUPPORT OF HIS MOTION PLAINTIFF MAKES THE FOLLOWING STATEMENTS UNDER PENALTY OF PURJURY:

1) PLAINTIFF WAS RELEASED FROM THE CUSTODY OF THE DEPARTMENT OF CORRECTIONS ON NOV. 3, 2000.

2) ON NOV. 6, 2000 HOWEVER PLAINTIFF'S PAROLE OFFICER, AN EMPLOYEE OF THE DEPARTMENT OF CORRECTION, A DEFENDANT IN THIS ACTION TURNED PLAINTIFF INTO IMIGRATION WHICH RESULTED IN PLAINTIFF BEING DEPORTED TO GUATEMALA.

Fee____
Process____
X_Dktd OLD
X_CtRmDep
Doc.No. 77

3) FOR THE REASON STATED ABOVE PLAINTIFF REQUESTS THAT HIS MAILING ADDRESS BE CHANGED FROM 9012 TANGLE- WILD PLACE, RIVIER RIDGE, LOUISIANA

PAGE 1 OF 6

TO: JORGE M. ESTEVEZ
38 CALLE 10-45, ZONA 8
GUATEMALA CITY, GUATEMALA

4.) PLAINTIF WANTS THE COURT TO UNDERSTAND THAT HE WISHES TO CONTINUE HIS CIVIL ACTION, BUT NOT BEING AN ATTORNEY OR TRAINED IN LAW WITH ACCESS TO LAW BOOKS (PRINTED IN ENGLISH AS HE HAS RECIDED IN THE U.S. FOR 43 YEARS SINCE A SMALL CHILD AND CAN NOT REALLY COMPREHEND SPANISH) TO PROPERLY LITIGATE THIS ACTION REQUESTS THAT THE COURT APPOINT COUNSEL AS THE CHNCES OF WINNING ON THE MERITS ARE OVIOUSLY IN HIS FAVOR.

5.) IN MY ORIGINAL CLAIM I STATED THAT IN RETALIATION FOR MY TAKING THE LIBERTY OF INITIATING THE ADMINISTRATIVE REMEDY PROCEDURE AT WASHINGTON CORR INSTITUTE DR. ARSHAD WITH THE APROVAL OF THE NAMED DEFENDANTS NOT ONLY CANCELLED MY PHYSICAL THERAPY APPOINT- MENTS BUT "ALL" MY PHYSICIAN PRESCRIBED MEDICAL APPOINTMENTS.

6.) AMONG THE MEDICAL APPOINTMENTS CANCELLED WAS ONE MADE BY AN M.C.I.N.O. SURGEON REFERING ME TO AN M.C.I.N.O. UROLOGY CLINIC AS-SOON-AS-POSSIBLE.

7.) FOR ONE YEAR PLAINTIFF WAS LEFT TO SUFFER CONSTANT PAIN DUE TO HIS UNTREATED URINARY PROBLEM, THOUGH

PAGE 2 OF 6

HE MADE CONSTANT MEDICAL COMPLAINTS REGARDING URINARY PROBLEMS.

8.) NOT UNTIL A YEAR LATER AFTER BEING PROVIDED, BY THE COURT, WITH A CERTIFIED COPY OF HIS WASHINGTON CORR. INSTITUTE MEDICAL RECORDS AND PLAINTIFF FILED FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION WAS PLAINTIFF PROVIDED THE SOUGHT AND DESPERATLY NEEDED UROLOGY APPOINTMENT TO EASE HIS PAIN.

9.) ONCE TAKEN TO THE UROLOGY CLINIC APPOINTMENT AND EXPLAINING HIS PROBLEMS, AFTER VARIOUS TESTS AND X-RAYS WITHIN A MONTH PLAINTIFF UNDERWENT URINARY SURJURY, TO HELP EASE HIS PAIN.

10.) ONCE THE SURJURY WAS COMPLETED AND SATHOTER AND URINARY BAG REMOVED AN APPOINTMENT WAS MADE TO RETURN ON 11-16-2000 TO THE M.C.L.N.O. UROLOGY CLINIC. I WAS TOLD TO RETURN ONCE RELEASED FOR FURTHER TESTS AND X-RAYS TO DETERMINE WETHER THE OPERATION HAD BEEN A SUCCESS.

11.) PRIOR TO THAT DATE HOWEVER, MY PAROLE OFFICER NOTIFIED THE U.S. IMMIGRATION SERVICE THAT I HAD BEEN RELEASED FROM STATE CUSTODY FOUR DAYS PRIOR AND WAS AGAIN TAKEN INTO CUSTUDY AND ULTIMATELY DEPORTED.

12.) I WISH THE COURT TO UNDERSTAND THAT I RECIDED WITHIN THE UNITED STATES AS

A LEGAL PERMANENT RESIDENT ALIEN FOR 43 YEARS WITH 4 AMERICAN BORN CHILDREN AND AS SOON AS I CAN AFFORD AN ATTORNEY I WILL BEGIN TO APPEAL MY DEPORTATION.

13.) THAT WHEN DEPORTED I WAS NOT "PERMITED" TO CARRY PERSONAL LUGGAGE ON THE AIRPLANE AND ALL MY LEGAL PAPERS PERTAINING TO THIS CASE WERE LEFT BEHIND. WITHOUT MY FILES NOT ONLY AM I NOT ABLE TO PROPERLY LITIGATE THIS CLAIM BUT REQUIRE ATLEAST A 30 DAY EXTENSION TO FILE ANY NEEDED PAPERS.

WHEREFORE PLAINTIFF PRAYS:

A. THAT THE COURT WILL LIBERALY CONSTRUE THIS MOTION.

B. THAT THE COURT WILL EXTEND PLAINTIFF THE TIME NEEDED TO LOCATE HIS LEGAL PAPERS TO ATTEMPT TO LITIGATE HIS CLAIM.

C. THAT THE COURT WILL RECONSIDER HIS MOTION TO APPOINT COUNSEL AS HE IS SEMI-PARALIZED, UNABLE TO SEEK EMPLOYMENT, IN A FOREIGN COUNTRY (THOUGH BORN THERE) WHERE HE CAN BARELY SPEAK THE LANGUAGE AND HAS NO IMMIDIATE FAMILY TO ASSIST IN LOCATING AN ATTORNEY.

D. THAT THE COURT WILL FIND JUDGMENT AGAINST DR. ARSHAD AND THE NAMED DEFENDANTS AND FOR THE PLAINTIFF UNDER 42 U.S.C.A. 1983 AND ORDER THE DEFENDANTS TO PAY 500,000.00

DOLLARS FOR CAUSING PLAINTIFF TO SUFFER CRUEL AND UNUSUAL PUNISHMENT IN THE FORM OF AN UNTREATED, THOUGH PAINFUL, URINARY TRACK COMPLICATION "AFTER" BEING NOTIFIED BY OUTSIDE THE INSTITUTION, QUALIFIED MEDICAL EXPERTS THAT IT NEEDED TO BE TREATED AS SOON AS POSSIBLE. A (1) YEAR DELAY, UNTIL JUDICIAL ACTION WAS TAKEN SHOWS MALICIOUS MEDICAL INDIFERENCE.

2.) PLAINTIFF, THOUGH CAN NOT ATTEND WISHES A JURY TRIAL ON THIS CASE.

3.) SEE (2) OF SERVICE CERTIFICATE

(CONT. ON PAGE 6)       SUBMITTED BY

*Jorge M. Estevez*
JORGE M. ESTEVEZ

## SERVICE CERTIFICATE

I, THE UNDERSIGNED PETITIONER, UNDER PENALTY OF PURJURY HEREBY DECLARE AS FOLLOWS:

1.) THAT AN ORIGINAL AND COPY OF THIS MOTION WAS MAILED VIA GUATEMALA AND U.S. MAIL SERVICE, WITH PROPER POSTAGE PAID, TO MS. LORETTA WHYTE, CLERK; U.S. EASTERN DISTRICT COURT OF LOUISIANA: 500 CAMP ST; N.O., LA 70130.

2.) THAT I CAN'T RECOLLECT THE MAILING ADDRESS OF ATTORNEY PENN AND WITHOUT MY LEGAL PAPERS AM UNABLE TO SERVE HER WITH A COPY. I REQUEST THAT THE COURT PLEASE DO SO.

SIGNE AND DONE THIS 17TH DAY OF NOVEMBER, 2000

s/ Jorge M. Estevez

JORGE M. ESTEVEZ

38 CALLE 10-45 ZONA 8
GUATEMALA CITY, GUATEMALA

(STATEMENTS OF PRAYER CONT.)

G.) THAT THE MOTION BE CONSIDERED FILED THE DATE MAILED AS MAIL REACHING THE U.S. FROM GUATEMALA MAY BE DELAYED FOR MONTHS OUT OF PLAINTIFF'S CONTROL.

H.) THAT NOT UNTIL TODAY, NOV. 23RD, 2000, MAILING DATE OF THIS MOTION WAS PLAINTIFF ABLE TO BORROW THE FUNDS TO SEEK MEDICAL CARE FOR HIS DIABETIC (GLYCOSE LEVEL) APPOINTMENT TO BE MADE AS USING HIS MOTHER'S HOME GLYCOSE LEVEL INDICATOR PLAINTIFF IS DIABETIC.

I) FOR THE ABOVE REASON AND MISSING HIS UROLOGY CLINIC APPOINTMENT, PLAINTIFF PRAYS THAT THE COURT WILL ORDER THE U.S. IMMIGRATION SERVICE OR RESPONSIBLE PARTY TO HAVE PLAINTIFF SEEN BY PROPER MEDICAL PERSONEL

SUBMITTED BY
Jorge M. Estevez

PAGE 6 OF 6

DATE: 11-17-2000

TO: MS. LORETTA WHYTE, CLERK
U.S. EASTERN DISTRICT COURT
500 CAMP ST., ROOM C-151
NEW ORLEANS, LA. 70130

FROM: JORGE M. ESTEVEZ  and/or  9012 tanglewild
38 CALLE 10-45 ZONA 8                River Ridge, La.
GUATEMALA CITY, GUATEMALA              70123

DATE: 11-17-2000

RE: ESTEVEZ VS. ARSHAD, ET AL; NO: 00-CV-127

DEAR MS. WHYTE:
    ENCLOSED PLEASE FIND (6) PAGE MOTION TO BE FILED IN ABOVE CAPTIONED CASE AND COPY TO BE FORWARDED TO ATTORNEY MS. MICHEAL PENN.
    THANKING YOU IN ADVANCE FOR YOUR TIME AND ASSISTANCE, I REMAIN

                YOURS TRULY
                Jorge Estevez
                JORGE ESTEVEZ
                38 CALLE 10-45 ZONA 8
                GUATEMALA CITY, GUATEMALA

P.S. PLEASE NOTIFY OF RECEIPT OF THIS MOTION
            or 9012 tanglewild pl
               River Ridge, La. 70123