

```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2001 FEB -9 PM 1:30

                LORETTA G. WHYTE
                    CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JORGE M. ESTEVEZ | : | CIVIL ACTION |
| VS. | : | NO. 00-127 |
| JAMEELA Y. ARSHAD, M.D. And WASHINGTON CORRECTIONAL INSTITUTION | : | SECTION "R"(4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO ENROLL

NOW INTO COURT, come the defendants, **WASHINGTON CORRECTIONAL INSTITUTE, THE STATE OF LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, JAMEELA ARSHAD, M.D., ED C. DAY, JR., ROBERT TANNER, JAMES MILLER, KATHLEEN McGINNIS, BESSIE CARTER, RICHARD L. STALDER, QUYEN TRAN, JOHNNY CREED, LYN MCCLOUD, and BILL BRELAND** and suggests to this Court that Ms. Michéal L. Penn, Assistant Attorney General has been assigned to the defense in the captioned matter.

```
DATE OF ENTRY
FEB 13 2001
```

```
Fee_____
Process__
X Dktd___
✓ CtRmDep_
  Doc.No.__
```

1

**WHEREFORE,** mover prays that the name of (Ms.) Micheál L. Penn, Assistant Attorney General be enrolled as counsel of record herein on behalf of the defendants herein.

          Respectfully submitted:

          **RICHARD P. IEYOUB**
          **ATTORNEY GENERAL**

          BY: _/s/ Micheál L. Penn_
          (MS.) MICHEÁL L. PENN (#20321)
          ASSISTANT ATTORNEY GENERAL

          **LOUISIANA DEPARTMENT OF JUSTICE**
          **LITIGATION DIVISION**
          601 Poydras Street, Suite 1725
          New Orleans, LA 70130
          Phone No.   504-599-1200
          Fax No.     504-599-1212

### CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing **MOTION TO ENROLL** on the pro se plaintiff by depositing a copy in the U.S. Mail, each properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this ___8___ day of February 2001.

          Jorge M. Estevez, Pro Se
          9012 Tanglewild Place
          River Ridge, LA 70123

          _/s/ Micheál L. Penn_
          (Ms.) Micheál L. Penn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JORGE M. ESTEVEZ | : | CIVIL ACTION |
| | : | |
| VS. | : | NO. 00-127 |
| | : | |
| JAMEELA Y. ARSHAD, M.D. | : | |
| And WASHINGTON | : | |
| CORRECTIONAL | : | |
| INSTITUTION | : | SECTION "R"(4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Having considered the foregoing Motion to Enroll,

**IT IS ORDERED** (Ms.) Micheál L. Penn, Assistant Attorney General is enrolled as counsel of record to represent the defendants **WASHINGTON CORRECTIONAL INSTITUTE, THE STATE OF LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, JAMEELA ARSHAD, M.D., ED C. DAY, JR., ROBERT TANNER, JAMES MILLER, KATHLEEN McGINNIS, BESSIE CARTER, RICHARD L. STALDER, QUYEN TRAN, JOHNNY CREED, LYN MCCLOUD, and BILL BRELAND.**

**SO ORDERED** at New Orleans, Louisiana, on this 13 day of February 2001.

_____
HON. KAREN WELLS ROBY
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA – NEW ORLEANS