UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JORGE M. ESTEVEZ             CIVIL ACTION

VS.                          NO: 00-127

JAMEELA Z. ARSHAD, ET AL     SECTION: "R" (4)

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED FEB 1 5 2001
LORETTA G. WHYTE
Clerk

## MOTION FOR APPOINTMENT OF COUNSEL

TO THE COURT:

    PRO SE PLAINTIFF JORGE M. ESTEVEZ COMES BEFORE THE HONORABLE COURT PURSUANT TO SUBSECTION 1915 SEEKING THE COURT TO APPOINT COUNSEL TO REPRESENT HIM IN THE ABOVE ENTITLED CIVIL ACTION. IN SUPPORT OF HIS MOTION, PLAINTIFF DECLARES THE FOLLOWING:

1.) PLAINTIFF HAS BEEN DEPORTED AND NO LONGER RESIDES IN THE UNITED STATES AND HAS NO ACCESS TO A LAW LIBRARY DEALING WITH AMERICAN CIVIL LAW.

2.) HAS A LIMITED KNOWLEDGE OF LAW AN AND THE ISSUES INVOLVED IN THIS CLAIM ARE COMPLEX AND MAY REQUIRE EXPERT TESTIMONY.

3.) THAT THE CASE, NOW THAT PLAINTIFF WILL BE LIVING OUTSIDE THE UNITED STATES WILL REQUIRE DISCOVERY OF

PAGE 1 OF 3

DOCUMENTS AND DEPOSITIONS FROM A NUMBER OF EXPERT WITNESSES.

4.) PLAINTIFF SUFFERS FROM MEDICALY DIAGNOSED SHORT TERM MEMORY LOSS AND UNABLE TO PROPERLY LITIGATE THIS CLAIM.

5.) HE IS ALSO HANDICAPPED, MEDICALY DIAGNOSED WITH RIGHT SIDE HEMIPARASIS AND CAN BARELY WRITE TO MAINTAIN PACE WITH THE COURT IN LITIGATING A TIMELY COMPLAINT.

6.) HE IS UNEMPLOYED DUE TO HIS DISABILITY AND UNABLE TO HIRE PRIVATE COUNSEL.

7.) NOR IS PLAINTIFF FLUENT IN SPANISH TO SEEK AN ATTORNEY HERE IN GUATEMALA, NOR CAN HE LOCATE AN ATTORNEY KNOWLEDGBLE IN AMERICAN "FEDERAL CIVIL LAW" OR COMPREHEND THE ENGLISH LANGUAGE ENOUGH TO PROPERLY LITIGATE THIS CLAIM.

SUBMITTED BY
*Jorge M Estevez*
JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA, GUATEMALA

CERTIFICATE OF SERVICE

I HEREBY UNDER PENALTY OF PURJURY CERTIFY THAT A COPY OF MY MOTION WAS MAILED, POSTAGE PAID, TO ATTORNEY MS. M. PENN, 601 POYDRAS ST., SUITE 1725, NEW ORLEANS, LA. 70130

SIGNED THIS 28TH DAY OF JAN., 2001. S/ *Jorge Estevz*
PAGE 2 of 3                                    JORGE ESTEVEZ

## CERTIFICATE OF SERVICE

I, JORGE M. ESTEVEZ, UNDER THE PENALTY OF PURJURY PURSUANT TO 28 U.S.C.A. SEC. 1746, HEREBY CERTIFY THE FOLLOWING:

1.) THAT AN ORIGINAL AND A COPY OF MY MOTION FOR APPOINTMENT OF COUNSEL AND RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF UNDISPUTED MATERIAL FACTS WERE MAILED POSTAGE PAID VIA U.S. AND GUATEMALAN POSTAL SERVICE TO THE APPROPIATE PERSONS

   a.) MS. LORETTA G. WHYTE, CLERK OF COURT, U.S. EASTERN DISTRICT COURT, 500 CAMP ST., NEW ORLEANS, LA. 70130.

   b.) ATTORNEY MS. MICHEAL PENN, 601 POYDRAS ST., SUITE 1725, N.O., LA. 70130

SIGNED AND DONE THIS 28TH DAY OF JAN., 2001

s/ Jorge M. Estevez

JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA, GUATEMALA



JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA, GUATEMALA

CORREO AEREO    VIA AIR MAIL

Ms. LORETTA G. WHYTE, CLERK
U.S. EASTERN DISTRICT COURT
500 CAMP ST., ROOM C-151
NEW ORLEANS, LA.
70130

R/427646