IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-31269

CA 00-127 R

JORGE M ESTEVEZ

          Plaintiff - Appellant

v.

JAMEELA Y ARSHAD; WASHINGTON CORRECTIONAL INSTITUTE; ROBERT TANNER; JAMES MILLER; KATHLEEN MCGINNIS; BESSIE CARTER; RICHARD STALDER; DR TRAN; JOHNNY CREED; HARRY LEE; LOUISIANA DEPARTMENT OF CORRECTIONS; LYNN MCCLOUD; BILL BRELAND

          Defendants - Appellees

U.S. COURT OF APPEALS
FILED
FEB 13 2001
CHARLES R. FULBRUGE III
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 16 2001
LORETTA G. WHYTE
CLERK

---------------------
Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
---------------------

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of February 13, 2001, for want of prosecution. The appellant failed to timely pay the docketing fee.

                              CHARLES R. FULBRUGE III
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                      By: _____
                              Claudia Farrington, Deputy Clerk

                              FOR THE COURT - BY DIRECTION

DIS-2

A True Copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
         Deputy 2/13/01
New Orleans, Louisiana

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc.No. _____