IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-31331

CA 00-127 R

U.S. COURT OF APPEALS
**F I L E D**
FEB 13 2001
CHARLES R. FULBRUGE III
CLERK

JORGE M ESTEVEZ

        Plaintiff - Appellant

   v.

JAMEELA Y ARSHAD; WASHINGTON CORRECTIONAL INSTITUTE; ED C DAY;
ROBERT TANNER; JAMES MILLER; KATHLEEN MCGINNIS; BESSIE
CARTER; RICHARD STALDER; DR TRAN; JOHNNY CREED; HARRY LEE;
LOUISIANA DEPARTMENT OF CORRECTIONS; LYNN MCCLOUD; BILL
BRELAND

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    FEB 15 2001

LORETTA G. WHYTE
CLERK

        Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

CLERK'S OFFICE:

       Under 5TH CIR. R. 42.3, the appeal is dismissed as of
February 13, 2001, for want of prosecution. The appellant failed
to timely pay the docketing fee.

                CHARLES R. FULBRUGE III
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

        By:    *Claudia Farrington*
            Claudia Farrington, Deputy Clerk

        FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test
Clerk, U. S Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana

2/13/01

_____ Process _____
X_ Dktd _____
_____ CtRmDep _____
Doc.No. 63