UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

******************************
| | |
|---|---|
| JORGE M. ESTEVEZ : | CIVIL ACTION |
| VS. : | NO. 00-127 |
| JAMEELA Y. ARSHAD, M.D. : And WASHINGTON : CORRECTIONAL : INSTITUTION : | SECTION "R"(4) |

******************************

**SUPPLEMENTAL MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE OBJECTION TO THE MAGISTRATE JUDGE'S REPORT**

**NOW INTO COURT,** through the undersigned Assistant Attorney General come the defendants Ed Day, Robert Tanner, Richard Stalder and Johnny Creed and respectfully an extension of time within which to file an Objection to the Magistrate Judge's Report to Friday, February 16, 2001 for the following reasons. The undersigned counsel has been preparing a U.S. 5th Circuit Brief which has taken up the majority of her time. The granting of this Motion will not prejudice any party. The undersigned counsel has attempted to obtain the consent of the plaintiff, however, has not been successful.

On February 16, 2001, the defendants attempted to file their Objections to and Memorandum In Support of Objections to the Magistrate Judge's Partial Report and Recommendation Entered on February 2, 2001. However, the Clerk's office stamped the document "Tendered for Filing" on February 16, 2001, because it lacked a Memorandum in Support and a Notice of Hearing. (Exhibit A). The undersigned attempted filing of the

1

corrected documents on Monday, February 19, 2001, however, the Clerk's Office is closed due to the holiday. The moving defendants request additional time until Tuesday, February 20, 2001, within which to file its Objections to the Magistrate's Partial Report and Recommendation. Such extension will not unduly delay this proceeding and will not be prejudicial to the plaintiff.

**WHEREFORE**, the defendants Ed Day, Robert Tanner, Richard Stalder, and Johnny Creed respectfully request this Court grant them until Tuesday, February 20, 2001, within which to file objections to the Magistrate Judge's Partial Report and Recommendation.

Respectfully submitted,

**RICHARD P. IEYOUB
ATTORNEY GENERAL**

BY: *Micheal L. Penn*
(MS.) **MICHÉAL L. PENN (# 20321)**
**Assistant Attorney General**

**DEPARTMENT OF JUSTICE
LITIGATION DIVISION**
601 Poydras Street, Suite 1725
Pan American Life Center
New Orleans, Louisiana 70130
Direct Telephone No.     504-599-1200
Main Telephone No.      504-599-0589
Fax No.                 504-599-1212

2

## CERTIFICATE OF SERVICE

I CERTIFY I have served the foregoing **MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S PARTIAL REPORT AND RECOMMENDATION** on plaintiff's counsel by depositing a copy in the U.S. Mail, properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this 19 day of February 2000.

> Jorge M. Estevez, Pro Se
> 9012 Tanglewild Place
> River Ridge, LA 70123
>
> *Micheal L. Penn*
> **(Ms.) Michéal L. Penn**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
*****************************
JORGE M. ESTEVEZ            :         CIVIL ACTION
                            :
VS.                         :         NO. 00-127
                            :
JAMEELA Y. ARSHAD, M.D.     :
And WASHINGTON              :
CORRECTIONAL                :
INSTITUTION                 :         SECTION "R"(4)
*****************************
```

## ORDER

Considering the foregoing motion, it is ordered that the defendants Ed Day, Robert Tanner, Johnny Creed, and Richard Stalder be granted an extension of time until Tuesday, February 20, 2001, within which to file objections to the Magistrate Judge's Partial Report and Recommendation.

**SO ORDERED** at New Orleans, Louisiana, on this ___ day of February 2001.

_____
~~HON. KAREN WELLS ROBY~~ Sarah Vance
DISTRICT ~~MAGISTRATE~~ JUDGE
UNITED STATES DISTRICT COURT