

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 22  PH 2: 51

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**VANCE, J.**
**February 21, 2001**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JORGE M. ESTEVEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-127** |
| **JAMEELA Y. ARSHAD, ET AL.** | **SECTION "R"** |

**ORDER REFERRING MATTER TO THE U.S. MAGISTRATE JUDGE**

IT IS ORDERED that the plaintiff's motion for appointment of counsel (court record doc. no. 80) is hereby REFERRED to United States Magistrate Judge Karen Wells Roby for further handling.

_Sarah Vance_

**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY
FEB 2 3 2001

___ Fee _____
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
Doc.No. ___