UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED FEB 2 2 2001
U.S. DISTRICT COURT
Eastern District of Louisiana
LORETTA G. WHYTE
Clerk

| JORGE M. ESTEVEZ | CIVIL ACTION |
| --- | --- |
| VS. | NO: 00-0127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION: "R" (4) |

## REPLY TO THE COURT'S PARTIAL REPORT AND RECOMMENDATION

TO THE COURT:

PRO SE PLAINTIFF, JORGE M. ESTEVEZ WISHES TO INFORM THE COURT THAT HE IS IN POSSESSION OF THE HONORABLE COURT'S PARTIAL REPORT AND RECOMMENDATION. AND THAT THOUGH PLAINTIFF DID NOT RECEIVE THE PAPERS UNTIL FEBRUARY 10, 2001 NOT GIVING HIM ANY TIME TO FILE OBJECTION IN A TIMELY MANNER, HE IS SATISFIED WITH THE COURT'S FINDINGS.

NOT BEING AN ATTORNEY OR PROPERLY TRAINED IN LAW HE FINDS IT ALL A LITTLE CONFUSING BUT HE FEELS THE HONORABLE COURT IS PROPERLY SEEING THAT JUSTICE IS SERVED.

RESPECTFULLY SUBMITTED

*Jorge M. Estevez*
JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA, GUATEMALA

___ Fee
___ Process
_X_ Dktd
_X_ CtRmDep
Doc.No. 87

## CERTIFICATE OF SERVICE

I, JORGE M. ESTEVEZ UNDER PENALTY OF PURJURY

PAGE 1 OF

HEREBY CERTIFY THAT AN ORIGINAL AND A COPY WERE SERVED ON THE APPROPIATE PERSONS VIA U.S. AND GUATEMALAN MAIL SERVICE

1) MS. LORETTA G. WHYTE, CLERK OF COURT U.S EASTERN DISTRICT COURT OF LA.
2) ATTORNEY MS. MACHEAL PENN, 601 POYDRAS, SUITE 1725, N.O., LA. 70130.

SIGNED AND DONE THIS 13TH DAY OF FEBRUARY, 2001

s/ Jorge Estevez

JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA, GUATEMALA