```
                                                        FILED
                                                 U.S. DISTRICT COURT
                                                EASTERN DISTRICT OF LA

                                                   2001 FEB 22 PM 4:24

                                                    LORETTA G. WHYTE
                                                         CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **JORGE M. ESTEVEZ** | : | **CIVIL ACTION** |
| **VS.** | : | **NO. 00-127** |
| **JAMEELA Y. ARSHAD, M.D.** <br> **And WASHINGTON** <br> **CORRECTIONAL** <br> **INSTITUTION** | : <br> : <br> : <br> : | **SECTION "R"(4)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO STRIKE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF UNDISPUTED MATERIAL FACTS

**NOW INTO COURT**, through the undersigned Assistant Attorney General, come the defendants and move to strike the plaintiff's Response to Defendant's Motion for Summary Judgment and Statement of Undisputed Material Facts for the following reasons:

1.

Plaintiff's "Response" is untimely.

1

2.

Plaintiff has failed to request additional time within which to file an opposition to the defendant's Motion for Summary Judgment.

**WHEREFORE**, the defendants pray that their Motion to Strike be granted and the plaintiff's Response to Defendant's Motion for Summary Judgment and Statement of Undisputed Material Facts be stricken from the record herein.

          Respectfully submitted,

          **RICHARD P. IEYOUB**
          **ATTORNEY GENERAL**

BY: _Micheal L. Penn_
          (MS.) MICHÉAL L. PENN (# 20321)
          Assistant Attorney General

          **DEPARTMENT OF JUSTICE**
          **LITIGATION DIVISION**
          601 Poydras Street, Suite 1725
          New Orleans, Louisiana 70130
          Direct Telephone No.   504-599-1200
          Main Telephone No. 504-599-0589
          Fax No.   504-599-1212

**CERTIFICATE OF SERVICE**

    **I CERTIFY** I have served the foregoing **MOTION TO STRIKE** on the pro se plaintiff Jorge M Estevez, DOC #75111 by depositing a copy in the U.S. Mail, properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this 22 day of February 2000.

          Jorge M. Estevez
          38 Calle 10-45, Zona 8
          Guatemala, Guatemala

          Jorge M. Estevez, Pro Se
          9012 Tanglewild Place
          River Ridge, LA 70123

          _Micheal L. Penn_
          (Ms.) Michéal L. Penn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JORGE M. ESTEVEZ | : | CIVIL ACTION |
| | : | |
| VS. | : | NO. 00-127 |
| | : | |
| JAMEELA Y. ARSHAD, M.D. | : | |
| and WASHINGTON | : | |
| CORRECTIONAL | : | |
| INSTITUTION | : | SECTION "R"(4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION TO STRIKE

**MAY IT PLEASE THE COURT:**

The moving defendants urge this Honorable Court to strike the plaintiff's "Response to Defendant's Motion for Summary Judgment and Statement of Undisputed Material Facts"

The plaintiff, Jorge M. Estevez is a former inmate who filed suit against various Louisiana Department of Corrections employees asserting causes of action under the Eighth Amendment to the United States Constitution, the Americans with Disabilities Act, and the Rehabilitation Act, pursuant to 42 U.S.C. §1983.

Plaintiff has been released from the custody of the Louisiana Department of

3

Corrections. (Rec. Doc. 73). On December 11, 2001, the defendants filed Motion for Summary Judgment (Rec. Doc. 75) based on qualified immunity. The plaintiff failed to file an Opposition to the defendants' Motion for Summary Judgment or their Statement of Undisputed Material Facts. On February 2, 2001, the Magistrate Judge issued a Partial Report and Recommendation (Rec. Doc. 78) addressing various motions filed by the defendants, including the Motion for Summary Judgment which plaintiff failed to oppose. The defendants respectfully state that the plaintiff's recently filed "Response to Defendant's Motion for Summary Judgment and Statement of Undisputed Material Facts" is untimely and should be stricken from the record.

A motion to strike must be made before a responsive pleading is served or, if no responsive pleading is required, within twenty (20) days after service of the preceding pleading. *United States v. $38,000 Dollars in U.S. Currency*, 816 F.2d 1538, 1547 n. 20 (11th Cir. 1987); *Culinary & Serv. Employees Union v. Hawaii Employee Benefit Admin., Inc.*, 688 F.2d 1228 (9th Cir. 1982). The undersigned received the "Response" on February 20, 2001, and is filing the within Motion to Strike within twenty (20) days after service of the "Response".

Although the plaintiff was served with the defendants' Motion for Summary Judgment shortly after December 11, 2000, plaintiff failed to file an opposition to same within the time specified time. Pursuant to the Uniform Local Rules of the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, the defendants' Motion for Summary Judgment was noticed for hearing on January 3, 2001.

LR 7.2E. Pursuant to LR 7.5E, plaintiff was to file a Response and Memorandum no later than the eighth calendar day prior to the noticed hearing date. Plaintiff failed to do so; failed to request an extension of time within which to file a Response and Memorandum and failed to keep opposing counsel and the Court notified of his change of address after he left Louisiana. The filing of the plaintiff's Response to Defendant's Motion for Summary Judgment and Statement of Undisputed Material Facts" at this late date is prejudicial to the moving defendants. The Court has already made a ruling on the Motion for Summary Judgment and the plaintiff has further failed to request that the Court reconsider the ruling made herein to take his "Response" into consideration. The plaintiff had an opportunity to request additional time within which to file a Response and Memorandum but never requested same.

The moving defendants request that if this Court allow the plaintiff to file his Response and Memorandum in opposition to the defendants' Motion for Summary Judgment, the defendants be allowed the opportunity to respond to same.

**WHEREFORE**, the moving defendants request the plaintiff's "Response to Defendant's Motion for Summary Judgment and Statement of Undisputed Material Facts" be stricken from the record as untimely.

**ALTERNATIVELY**, the moving defendants request an opportunity to response to the plaintiff's Response if same is allowed to be considered in deciding the defendants' motion for summary judgment.

Respectfully submitted,

RICHARD P. IEYOUB
ATTORNEY GENERAL

BY: *Micheal L Penn*
MICHÉAL L. PENN (#20321)
ASSISTANT ATTORNEY GENERAL

LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
601 POYDRAS STREET, SUITE 1725
NEW ORLEANS, LOUISIANA 70130
MAIN TELEPHONE NO.     504-599-1200
DIRECT TELEPHONE NO.   504-599-0589
FAX NO.                504-599-1212

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing Memorandum in Support of Motion to Strike, by depositing a copy on the U.S. Mail, each properly addressed and with proper postage prepaid at New Orleans, Louisiana on this 22 day of February 2000.

*Micheal L Penn*
MICHÉAL L. PENN

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**************************

| | | |
|---|---|---|
| JORGE M. ESTEVEZ | : | CIVIL ACTION |
| | : | |
| VS. | : | NO. 00-127 |
| | : | |
| JAMEELA Y. ARSHAD, M.D. | : | |
| And WASHINGTON | : | |
| CORRECTIONAL | : | |
| INSTITUTION | : | SECTION "R"(4) |

**************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that the undersigned will bring the foregoing Motion To Dismiss for hearing before the Hon. Sarah S. Vance, United States District Judge, United States District Court, 500 Camp Street, New Orleans, Louisiana, 70130, on the 14th day of March 2001, at 11:00 o'clock __.m.

Respectfully submitted,

RICHARD P. IEYOUB
ATTORNEY GENERAL

BY: *Micheal L. Penn*
(MS.) MICHÉAL L. PENN (#20321)
ASSISTANT ATTORNEY GENERAL

7

**DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
601 Poydras Street, Suite 1725
New Orleans, LA 70130
Main Telephone No. 504-599-1200
Direct Telephone No.    504-599-0589
Fax No.                 504-599-1212