

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JORGE M. ESTEVEZ | : | CIVIL ACTION |
| VS. | : | NO. 00-127 |
| JAMEELA Y. ARSHAD, M.D.<br>And WASHINGTON<br>CORRECTIONAL<br>INSTITUTION | : | SECTION "R"(4) |

## MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE OBJECTION TO THE MAGISTRATE JUDGE'S REPORT

**NOW INTO COURT,** through the undersigned Assistant Attorney General come the defendants Ed Day, Robert Tanner, Richard Stalder and Johnny Creed and respectfully an extension of time within which to file an Objection to the Magistrate Judge's Report to Friday, February 16, 2001 for the following reasons. The undersigned counsel has been preparing a U.S. 5th Circuit Brief which has taken up the majority of her time. The granting of this Motion will not prejudice any party. The undersigned counsel has attempted to obtain the consent of the plaintiff, however, has not been successful.

DATE OF ENTRY
FEB 26 2001

1

**WHEREFORE**, the defendants Ed Day, Robert Tanner, Richard Stalder, and Johnny Creed respectfully request this Court grant them until Friday, February 16, 2001, within which to file objections to the Magistrate Judge's Partial Report and Recommendation.

Respectfully submitted,

**RICHARD P. IEYOUB
ATTORNEY GENERAL**

BY: ___Micheal L. Penn___
(MS.) MICHÉAL L. PENN (# 20321)
Assistant Attorney General

**DEPARTMENT OF JUSTICE
LITIGATION DIVISION**
601 Poydras Street, Suite 1725
Pan American Life Center
New Orleans, Louisiana 70130
Direct Telephone No.   504-599-1200
Main Telephone No.    504-599-0589
Fax No.               504-599-1212

### CERTIFICATE OF SERVICE

I CERTIFY I have served the foregoing **MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S PARTIAL REPORT AND RECOMMENDATION** on plaintiff's counsel by depositing a copy in the U.S. Mail, properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this _15_ day of February 2000.

Jorge M. Estevez, Pro Se
9012 Tanglewild Place
River Ridge, LA 70123

___Micheal L. Penn___
**(Ms.) Michéal L. Penn**

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JORGE M. ESTEVEZ | : | CIVIL ACTION |
| | : | |
| VS. | : | NO. 00-127 |
| | : | |
| JAMEELA Y. ARSHAD, M.D. | : | |
| And WASHINGTON | : | |
| CORRECTIONAL | : | |
| INSTITUTION | : | SECTION "R"(4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing motion, it is ordered that the defendants Ed Day, Robert Tanner, Johnny Creed, and Richard Stalder be granted an extension of time until Friday, February 16, 2001, within which to file objections to the Magistrate Judge's Partial Report and Recommendation.

**SO ORDERED** at New Orleans, Louisiana, on this 23 day of February 2001.

_____
~~HON. KAREN WELLS ROBY~~
~~MAGISTRATE JUDGE~~
UNITED STATES DISTRICT COURT

3