```
                                          FILED
                                     U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2001 APR -3  PM 1:15

                                     LORETTA G. WHYTE
                                          CLERK
```

MINUTE ENTRY
ROBY, M.J.
April 3, 2001

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO: 00-0127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION: "R" (4) |

On January 26, 2001, the plaintiff, filed a **MOTION TO FILE AND 2ND CHANGE OF ADDRESS, ANOTHER REQUEST FOR APPOINTMENT OF COUNSEL AND ANOTHER 30 DAY EXTENSION TO FILE A SUPPLEMENTAL COMPLAINT (doc.#77).** The court first notes that his address change has been noted in the record.

Secondly, the plaintiff requests once again the Appointment of Counsel. The plaintiff should certify to the court the steps he has taken to secure counsel no later than 10 days from the entry of this document.

Third, the plaintiff seeks a thirty day extension to file a Supplemental Complaint. Upon review of the reasons regarding why the plaintiff requests an extension, the Court finds that the Request for a 30 day extension to file a supplemental complaint is hereby granted.

DATE OF ENTRY
APR 3 2001

**IT IS THEREFORE, ORDERED THAT** the plaintiff is granted an extension of thirty days to file a supplemental complaint.

**IT IS FURTHER ORDERED THAT,** the plaintiff's shall no later than 10 days from the entry of this order certify to the court in writing the steps he has taken to secure counsel.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE