UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR 5 2001
LORETTA G. WHYTE
Clerk

| JORGE M. ESTEVEZ | CIVIL ACTION |
|---|---|
| vs. | NO: 00-127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION: "R" (4) |

RESPONSE TO MINUTE ENTRY DATED 3-15-2001

NOW INTO COURT, COMES JORGE M. ESTEVEZ TO INFORM THE COURT THAT HE IS IN POSSESION OF THE COURT ORDER FILED MARCH 15, 2001 AND THAT:

1. THE ABOVE MENTIONED MINUTE ENTRY WAS RECEIVED MARCH 27, 2001 VIA GUATEMALAN MAIL SERVICE.

2. THAT THOUGH PLAINTIFF DOES NOT HAVE A PERSONEL TELEPHONE HE MAY BE REACHED AT THE FOLLOWING NO. # 471 61 76

RESPECTFULLY SUBMITTED:
SIGNED AND DONE THIS 29TH DAY OF MARCH, 2001

s/ Jorge M. Estevez

38 CALLE 10-45 ZONA 8
GUATEMALA, GUATEMALA

Fee_____
Process_____
X Dktd_____
X CtRmDep___
Doc.No._____

## CERTIFICATE OF SERVICE

I, JORGE M. ESTEVEZ, PRO SE, UNDER PENALTY OF PURJURY HEREBY CERTIFY THAT A COPY OF THE ATTATCHED MOTION WAS MAILED, VIA GUATEMALAN AND UNITED STATES MAIL SERVICE TO MS. M. PENN, ASSISTANT ATTORNEY GENERAL, 601 POYDRAS, SUITE 1725, NEW ORLEANS, LA., 70130.

SIGNED AND DONE THIS 29TH DAY OF MARCH, 2001.

s/ Jorge Estevez
JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA, GUATEMALA

TO: MS. LORETTA G. WHYTE, CLERK
    U.S. EASTERN DISTRICT COURT OF LA.

FROM: JORGE M. ESTEVEZ

DATE: 3-29-2001

RE: ESTEVEZ v. ARSHAD ET AL, No: 00-127,
    SECTION: "R" (4).

DEAR MS. WHYTE:
    PLEASE FILE THE ENCLOSED MOTION IN THE ABOVE ENTITLED CASE.
    AND ALSO BE ADVISED THAT I WILL BE SENDING TO YOU A NEW CLAIM ENTITLED ESTEVEZ VS. JOHN ASHCROFT IN THE FORM OF AN APPLICATION FOR A WRIT OF HABEAS CORPUS. WHEN RECEIVED PLEASE FILE WITH THE COURT.
    THANKING YOU IN ADVANCE FOR YOUR TIME AND ATTENTION, I REMAIN

                            RESPECTFULLY YOURS
                            Jorge Estevez
                            JORGE M. ESTEVEZ
                            38 CALLE 10-45 ZONA 8
                            GUATEMALA, GUATEMALA