U. S. DISTRICT COURT
Eastern District of Louisiana
FILED APR 23 2001
LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VS. | NO. 00-127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION: "R" (4) |

RESPONSE TO MINUTE ENTRY DATED 4-3-2001

  NOW INTO COURT, COMES JORGE M. ESTEVEZ TO INFORM THE COURT THAT TODAY, DUE TO THE LOCAL HOLIDAYS, HE CAME INTO POSSESION OF THE ABOVE REFERED MINUTE ENTRY.
  PLAINTIFF WOULD FIRST LIKE TO REQUEST THAT THE COURT ACCEPT THIS RESPONSE, AS ALL MOTIONS TIMELY FILED AS PLAINTIFF'S LOCATION, AND THE MODE OF OPERATION BETWEEN UNITED STATES AND GUATEMALAN MAIL SERVICE ARE BEYOND HIS CONTROL. HE IS RECEIVING HIS MAIL, A LITTLE SLOW MAYBE BUT TO HIS KNOWLEDGE, HE IS RECEIVING ALL MAIL.
  SECONDLY, AT THIS POINT PLAINTIFF WISHES TO CERTIFY TO THE COURT THAT HE HAS TAKEN THE FOLLOWING STEPS TO SECURE COUNSEL:

  1.) CONTACTED MANY LAW FIRMS HERE IN GUATEMALA, ONLY TO BE TOLD TO HAVE ALL MY PAPERS TRANSLATED AS THEY DON'T SPEAK ENGLISH. THERE ARE INDIVIDUAL TRANSLATORS HERE THAT NOT ONLY REQUIRE PAYMENT IN ADVANCE WHICH I AM NOT CAPABLE OF GIVING, BUT THEY ARE ALSO NOT TRAINED IN LAW, NOR DO THEY UNDERSTAND WHAT

PAGE 1 OF 3

A CIVIL ACTION IS.

2.) I HAVE GIVEN A COPY OF MY CIVIL CLAIM TO MY MOTHER, ELENA SOSA AND MY SISTER, MRS. MIROSLAVA ROMA FOR THEM TO LOCATE ME AN ATTORNEY BUT UNLESS THEY HEAR FROM THE COURT THAT I NEED AN ATTORNEY I'M AFRAID THAT THOUGH, THEY LOVE ME, TO THEM, THOSE IN POWER ARE ALWAYS CORRECT.

3.) I HAVE ON VARIOUS OCCASIONS TRIED TO GET IN CONTACT WITH THE AMERICAN CIVIL LIBERTIES UNION (A.C.L.U.) BUT ALL MY EFFORTS HAVE BEEN IN VAIN.

THIRD, IS THE MATTER OF MY SEEKING A THIRTY (30) DAY EXTENSION TO FILE A SUPPLEMENTAL COMPLAINT, WHICH THIS HONORABLE COURT GRANTED I'M AFRAID THAT DURING MY DEPORTATION MOST OF MY LEGAL DOCUMENTS WERE LOST AS I WAS NOT PERMITTED TO BRING THEM WITH ME AND THOUGH I'VE MADE VARIOUS ATTEMPTS TO LOCATE THEM I'M NOT REALLY PREPARED TO FILE MY 2ND SUPPLEMENTAL COMPLAINT AND ASK THE COURT TO GRANT ME 30 DAYS BEGINNING ON THE DATE THAT I LOCATE AN ATTORNEY.

WHEREFORE PLAINTIFF PRAYS THAT THIS HONORABLE COURT WILL:

1.) ACCEPT THE ABOVE STATEMENTS AS TO THE STEPS TAKEN TO TRY AND SECURE COUNSEL AS TIMELY FILED.

2.) GRANT HIS REQUEST THAT HIS THIRTY

PAGE 2 OF 3

DAY EXTENSION TO FILE A SUPPLEMENTAL COMPLAINT NOT BEGIN UNTIL AN ATTORNEY HAS BEEN APPOINTED BY THE COURT OR HIRED BY PLAINTIFF AND AN EFFORT IS BEING MADE TO SECURE COPIES OF PLAINTIFF'S MEDICAL RECORDS AND SUCH.

3.) CONTACT PLAINTIFF'S SISTER, MRS. MIROSLAVA ROMA, 9012 TANGLEWILD PLACE, RIVER RIDGE, LOUISIANA, 70123, TELEPHONE # 737-7829 AND EXPLAIN PLAINTIFF'S NEED OF AN ATTORNEY.

RESPECTFULLY SUBMITTED;
SIGNED AND DONE THIS 17TH DAY OF APRIL, 2001.

s/ Jorge M. Estevez
JORGE M. ESTEVEZ

## CERTIFICATE OF SERVICE

I, JORGE M. ESTEVEZ, PRO SE, UNDER PENALTY OF PERJURY HEREBY CERTIFY THAT A COPY OF THE ATTACHED RESPONSE WAS MAILED VIA GUATEMALAN AND UNITED STATES MAIL SERVICE TO MS. M. PENN, ASSISTANT ATTORNEY GENERAL OF LOUISIANA, 601 POYDRAS, SUITE 1725, NEW ORLEANS, LA. 70130.

SIGNED AND DONE THIS 17TH DAY OF APRIL, 2001.

s/ Jorge M. Estevez

JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA, GUATEMALA.

TO: MS. LORETTA G. WHYTE, CLERK
U.S. EASTERN DISTRICT COURT OF LA.

FROM: JORGE M. ESTEVEZ

DATE: 4-17-2001

RE: ESTEVEZ vs. ARSHAD, ET AL, NO: 00-CV-127,
SECTION: "R" (4)

DEAR MS. WHYTE:

PLEASE FILE THE ENCLOSED RESPONSE TO MINUTE ENTRY DATED 4-3-2001 IN THE ABOVE REFERENCED CASE.

THANKING YOU IN ADVANCE FOR YOUR TIME AND ATTENTION, I REMAIN

RESPECTFULLY YOURS

*Jorge M. Estevez*
JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA, GUATEMALA