```
            FILED
       U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

       2001 APR 30  PM 5:09

         LORETTA G. WHYTE
              CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**April 27, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE M. ESTEVEZ** | CIVIL ACTION |
| **VERSUS** | NO: 00-0127 |
| **JAMEELA Y. ARSHAD, ET AL** | SECTION:"R" (4) |

On March 15, 2001, the Plaintiff was ordered to provide a current telephone number to the undersigned. On April 5, 2001, the plaintiff **SATISFIED** the order.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

```
DATE OF ENTRY
 MAY 0 1 2001
```