```
            FILED
        U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

        2001 MAY 11  P 4 03

         LORETTA G. WHYTE
              CLERK
```

MINUTE ENTRY
ROBY, M.J.
May 11, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO:   00-0127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION: "R" (4) |

The plaintiff in the captioned matter has filed a **MOTION FOR APPOINTMENT OF COUNSEL (doc#77)**.

On April 3, 2001, **(doc #92),** the Court ordered the plaintiff to certify in writing the steps he has taken to secure counsel. On April 23, 2001, the plaintiff satisfied the Order.

**IT IS ORDERED** that the Tulane Law Clinic is hereby appointed to represent the plaintiff in the subject matter.

The Docket Clerk is directed to provide copies of the court records to the Tulane Law Clinic at no charge.

                                    _____
                                        KAREN WELLS ROBY
                                    UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
Jane Johnson, Esquire
Tulane Law Clinic
6329 Freret St.
New Orleans, LA  70118

DATE OF ENTRY
MAY 1 4 2001

Fee _____
Process _____
X  Dktd _____
___ CtRmDep _____
Doc.No. _____