U. S. DISTRICT COURT
Eastern District of Louisiana

FILED MAY 14 2001

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VS. | NO: 00-CV-127 |
| JAMEELA Y. ARSHAD, ETAL | SECTION: "R" (4) |

MOTION REQUESTING RECONSIDERATION OF MOTION FOR APPOINTMENT OF COUNSEL.

NOW INTO COURT, COMES THE PLAINTIFF, JORGE M. ESTEVEZ REQUESTING THAT THIS HONORABLE COURT RECONSIDER HIS MOTION FOR APPOINTMENT OF COUNSEL FOR THE FOLLOWING.

1.) PLAINTIFF RECIDES IN A THIRD WORLD COUNTRY WHERE AS THE AMERICAN AMBASADOR STATES IT'S PEOPLE ARE STILL LEARNING TO CONTROL THERE MANY ABUSES OF HUMAN RIGHTS.

2.) I FAIL TO SEE HOW TO LOCATE AN ATTORNEY TRAINED IN AMERICAN CIVIL LAW, REGARDING CIVIL RIGHTS IN A COUNTRY WHERE THERE ARE PRACTICALY "NO" CIVIL RIGHTS. NO LIABILITY CLAIMS FOR PERSONAL PAIN OR INJURY.

3.) TO TAKE ANY FURTHER STEPS WOULD BE FUTIL AS NO LIABILITY FOR PERSONAL INJURY CLAIMS, MENTAL OR PHYSICAL, EXIST HERE IN GUATEMALA. EVEN IN THE

PAGE 1 OF 3

WORK PLACE ONLY THOSE WHO PAY FOR INDIVIDUAL WORK INSURANCE CAN AFFORD TO BE TREATED DURING A WORK RELATED ACCIDENT.

4.) THAT IF SUCH AN ATTORNEY COULD BE FOUND HE WOULD NOT HAVE KNOWLEDGE OF AMERICAN CIVIL RIGHTS NOR WOULD HE FULLY UNDERSTAND THE ENGLISH LANGUAGE.

5.) I'VE SPOKEN TO VARIOUS GUATEMALAN ATTORNEYS ONLY TO BE TOLD THAT GOVERNMENT OFFICIALS ARE NEVER LIABLE FOR PERSONAL INJURIES.

6.) THAT DUE TO MY PRESENT I.N.S. SERVICE STATUS I'AM PRESENTLY UNABLE TO RETURN TO THE U.S. AND SEEK AN AMERICAN COUNSEL WHO COULD PROPERLY LITIGATE THIS CLAIM.

RESPECTFULLY SUBMITED BY

S/ *Jorge M. Estevez*
JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA, GUATEMALA

CERTIFICATE OF SERVICE

I, JORGE M. ESTEVEZ, UNDER PENALTY OF PURJURY HEREBY DECLARE THAT A COPY OF THE ABOVE MOTION WAS MAILED, VIA GUATEMALAN AND U.S. MAIL SERVICE TO

PAGE 2 OF 3

MS. M. PENN; LA. ASSISTANT ATTORNEY GENERAL; 601 POYDRAS; SUITE 1725; NEW ORLEANS, LA. 70130.

SIGNED AND DONE THIS 5TH DAY OF MAY, 2001

s/ Jorge M. Estevez

JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA, GUATEMALA