```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2001 MAY 17  A 10: 48

                                           LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
ROBY, M.J.
May 16, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO:   00-0127 |
| JAMEELA Y. ARSHAD, ET AL | SECTION: "R" (4) |

On May 14, 2001, the plaintiff in the captioned matter filed a **MOTION FOR APPOINTMENT OF COUNSEL (doc# 98)**. However, on May 11, 2001, the Court appointed the Tulane Law Clinic to represent the plaintiff **(doc #97)**.

**THEREFORE** the plaintiff's **Motion for Appointment of Counsel (doc #98** is DENIED as MOOT.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 17 2001

```
__Fee_____
__Process___
X_Dktd_____
__CtRmDep___
__Doc.No.___
```