

**MINUTE ENTRY**
**ROBY, M.J.**
**May 21, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE ESTEVEZ** | CIVIL ACTION |
| **VERSUS** | NO:  00-0127 |
| **JAMEELA Y. ARSHAD, ET AL** | SECTION: "R" (4) |

The undersigned has been notified by The Tulane Law Clinic of their inability to accept new cases. Therefore,

**IT IS ORDERED** that the Loyola Law Clinic is hereby appointed to represent the plaintiff in the subject matter.

The Docket Clerk is directed to provide copies of the court records to the Loyola Law Clinic at no charge.

                                                                               _____
                                                                               KAREN WELLS ROBY
                                                                               UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
Loyola Law Clinic
Campus Box 902
7214 St. Charles Ave.
New Orleans, LA 70118

DATE OF ENTRY
MAY 2 2 2001

Fee_____
Process_____
X /Dktd_____
__/CtRmDep_____
Doc.No._____