

MINUTE ENTRY
VANCE, J.
May 30, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO. 00-127 |
| JAMEELA Y. ARSHAD, ET AL. | SECTION "R" |

### ORDER REFERRING MATTER TO THE MAGISTRATE JUDGE

IT IS ORDERED that this matter is hereby referred to United States Magistrate Judge Karen Wells Roby for determination, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B).

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 31 2001