```
                                        FILED
                                  U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LA

                                  2001 JUN 15  PM 4: 10

                                    LORETTA G. WHYTE
                                         CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**June 14, 2001**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JORGE M. ESTEVEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0127** |
| **JAMEELA Y. ARSHAD, ET AL** | **SECTION: "R" (4)** |

**RULE 16/PRELIMINARY CONFERENCE**

A Scheduling Conference shall be conducted before the undersigned Magistrate Judge on **July 23, 2001 at 1:30 p.m.** in Room B437 of the Hale Boggs Federal Building, 501 Magazine Street, New Orleans, La.  See Federal Rule Civil Procedure 16.

1. The purpose of the conference is to focus counsel's attention on the issues actually in dispute and arrive at a schedule to manage discovery.

2. The Court strives in all cases for a just, speedy and inexpensive determination of every action.  Federal Rules of Civil Procedure Rule 1.

3. The Scheduling Order will reflect these goals.

4. At least **seven (7)** days prior to the conference scheduled herein, counsel shall meet and confer pursuant to Federal Rules of Civil Procedure 26(f), and shall prepare a discovery plan which will be discussed during the scheduling conference.

DATE OF ENTRY
JUN 1 8 2001

Fee ___
Process ___
X/Dktd ___
CtRmDep ___
Doc.No. 103

5. Counsel are further advised that unless the parties stipulate otherwise, and the Court concurs, the rules limit the number of **Interrogatories (25)** and depositions (10) which each party may seek. See Rules 26(b), 26(d). The Court may also impose limits on the time permitted for the conduct of depositions, Fed. R. Civ. P. 30(d)(2), and regulate the conduct of depositions; Fed. R. Civ. P. 30(d)(1).

6. At the conference with the Court, all parties who are not appearing pro se shall be represented by counsel who shall be familiar with the file and shall have full authority to bind their clients in all pretrial matters.

7. The Court has received a Order Referring Matter to the Magistrate Judge for determination, including evidentiary hearing, if necessary, and submission of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) **(doc #102).**

8. Counsel for the plaintiff shall notify any party who hereafter enters an appearance of the above conference and forward to that party a copy hereof, together with a copy of any Scheduling Order entered as a result of this conference;

9. The parties shall advise the undersigned immediately if this matter has been settled or terminated so that the above conference may be canceled.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE