

MINUTE ENTRY
ROBY, M.J.
July 10, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE ESTEVEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0127** |
| **JAMEELA Y. ARSHAD, ET AL** | **SECTION: "R" (4)** |

On May 3, 2001, the plaintiff Jorge M. Estevez filed a **Motion to Update the Court on Plaintiff's Urinary Condition and Notice to Dismiss Appeal (doc.#96)** in which the plaintiff seeks leave to file an amended complaint to assert additional allegations against Dr. Arshad; namely that he suffers with a condition known as "acido urico" which occurred as a result of the medical indifference of Dr. Arshad.  The Plaintiff further sought to dismiss his appeal on the grounds that he feels that justice is being served in the District Court.

Upon review of the motion, the Court finds that the plaintiff is granted fifteen (15) days to file an amended complaint in the record of the court. Further, the plaintiff is hereby placed on notice that the Court is without jurisdiction to dismiss his appeal.  He is further advised to file such notice in Fifth Circuit Court of Appeal where the matter is currently pending.

DATE OF ENTRY
JUL 1 1 2001

IT IS HEREBY ORDERED THAT THE Motion to Update the Court on Plaintiff's Urinary Condition and Notice to Dismiss Appeal (doc.#96) IS GRANTED IN PART AND DENIED IN PART.

IT IS ORDERED THAT to the extent the motion requests leave to file an amended complaint regarding the alleged medical indifference of Dr. Arshad, the plaintiff is GRANTED FIFTEEN 15 DAYS within which to do so.

IT IS FURTHER ORDERED THAT to the extent that the plaintiff requests this Court to dismiss his appeal, the request is DENIED as the Court is without jurisdiction to do so.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE