

MINUTE ENTRY
ROBY, M.J.
July 17, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE M. ESTEVEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0127** |
| **JAMEELA Y. ARSHAD, ET AL** | **SECTION: "R" (4)** |

On May 21, 2001, the undersigned appointed the Loyola Law Clinic to represented the plaintiff **(doc#100).** However, on July 12, 2001, the undersigned was notified by the Loyola Law Clinic of their inability to represent the plaintiff due to: (1) a myriad of problems in the educational context and (2) because the plaintiff is not available in this country to assist in the litigation of his federal action.

**IT IS THEREFORE ORDERED** that the Loyola Law Clinic appointment is **REVOKED.**

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
Luz M. Molina
Loyola Law Clinic
Campus Box 902
7214 St. Charles Ave.
New Orleans, LA 70118

DATE OF ENTRY
JUL 1 8 2001

Fee ____
Process ____
X/Dktd ____
CtRmDep ____
Doc.No. 105