FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 18 AM 11:48

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**July 17, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JORGE M. ESTEVEZ** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0127** |
| **JAMEELA Y. ARSHAD, ET AL** | **SECTION: "R" (4)** |

The Rule 16/Preliminary Conference **(doc# 103)** set before the undersigned Magistrate

Judge on **July 23, 2001 at 1:30 p.m.** is **CANCELED** pending appointment of new counsel.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

DATE OF ENTRY
JUL 1 8 2001

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____