UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JORGE M. ESTEVEZ, PRO SE      CIVIL ACTION

VS.                           NO: 00-0127
                              00-0127

JAMEELA Y. ARSHAD, ET AL      SECTION: "R" (4)


MOTION TO ADDRESS THE COURT


TO THE COURT:

After the honorable court was notified by the Tulane Law Clinic of their inability to accept new cases on entry dated May 22, 2001 the court appointed Loyola Law Clinic to represent plaintiff.

Plaintiff now states that though this court has twice made an effort to appoint counsel he remains without counsel as the attached letter from Ms. Luz M. Molina, Loyola Law Clinic states EXHIBIT "A"

Plaintiff wishes the attached motion for a writ of habeas corpus filed as he not only needs to be accessible to be properly represented by counsel as the attached letter from Ms. Molina states but he continues to suffer pain due to lack of proper medical attention.

In her letter dated July 12, 2001 Ms. Molina states "Your absence from the United States makes discovery difficult to conduct effective attorney-client communications."

Since plaintiff remains without counsel he has a legal right to file motion for a writ of habeas corpus the attached motion filed.

PAGE 1 of 2

"WHEREFORE PLAINTIFF PRAYS THIS MOTION TO ADDRESS THE COURT BE GRANTED AND HIS MOTION FOR A WRIT OF HABEAS CORPUS BE FILED IN THE RECORD OF THE ABOVE ENTITLED CASE.

RESPECTFULLY SUBMITTED THIS 17TH DAY OF JULY, 2001.

s/ Jorge M. Estevez
JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA CITY, GUATEMALA

CERTIFICATE OF SERVICE

I, JORGE M. ESTEVEZ, UNDER PENALTY OF PERJURY HEREBY CERTIFY THAT A COPY OF THE FOREGOING MOTION AND A COPY OF THE ATTACHED MOTION FOR A WRIT OF HABEAS CORPUS WAS MAILED VIA BOTH GUATEMALAN AND UNITED STATES POSTAL SERVICE TO ASSISTANT ATTORNEY GENERAL OF LOUISIANA, MS. M. PENN; 601 POYDRAS, SUITE 1725, NEW ORLEANS, LOUISIANA. 70130

SIGNED AND DONE THIS 17TH DAY OF JULY, 2001

s/ Jorge M. Estevez
JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA CITY, GUATEMALA



SCHOOL OF LAW
Law Clinic

July 12, 2001

Sr. Jorge M. Estevez
38 Calle 10-45 Zona 8
Guatemala City, Guatemala

Dear Mr. Estevez

I regret to inform you that we are not in a position to accept the federal court's appointment in your case. Your absence from the United States makes it very difficult to conduct effective attorney-client communications. Therefore, this matter is unsuitable for law students, which, as you know, would be the ones offering representation.
    I am herewith returning your Motion for a Writ of Habeas Corpus, and wish you the best of luck.

Yours truly

*[signature]*

Luz M. Molina

LMM:em

enclosure

TO: MS. LORETTA G. WHYTE

FROM: JORGE M. ESTEVEZ

DATE: 7-17-2001

RE: ESTEVEZ VS. ARSHAD, ET AL; CIVIL ACTION NO: 00-0127; SECTION: "R" (4)

DEAR MS. WHYTE:

AS STATED IN A LETTER FROM MS. LUZ M. MOLINA, LOYOLA UNIVERSITY, "WE ARE NOT IN A POSITION TO ACCEPT THE FEDERAL COURT'S APPOINTMENT IN YOUR CASE."

AS I AM STILL NOT REPRESENTED BY COUNSEL AND IN PHYSICAL PAIN DUE TO THE DEFENDANTS FAILURE TO ACT ACCORDINGLY TO MY MEDICAL HEALTH I REQUEST THAT YOU PLEASE FILE THE ENCLOSED MOTIONS INTO THE RECORD OF THE ABOVE REFERENCED CASE.

THANKING YOU FOR YOUR TIME AND ASSISTANCE, I REMAIN

RESPECTFULLY YOURS

*Jorge M. Estevez*

JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA CITY, GUATEMALA

P.S. LETTER FROM MS. LUZ MOLINA ENCLOSED AND MARKED EXHIBIT "A"