FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP -6 PM 12: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ | CIVIL ACTION |
| VERSUS | NO. 00-127 |
| JAMEELA Y. ARSHAD, ET AL. | SECTION "R" (4) |

## JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff's complaint is hereby DISMISSED without prejudice for failure to exhaust administrative remedies.

New Orleans, Louisiana, this 5TH day of September, 2001.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 0 6 2001