




**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| *************************** | | |
|---|---|---|
| **JORGE M. ESTEVEZ** | : | **CIVIL ACTION** |
| | : | |
| **VS.** | : | **NO. 00-127** |
| | : | |
| **JAMEELA Y. ARSHAD, M.D.** | : | |
| **And WASHINGTON** | : | |
| **CORRECTIONAL** | : | |
| **INSTITUTION** | : | **SECTION "R"(4)** |
| *************************** | | |

**APPLICATION TO TAX COSTS**

**NOW INTO COURT,** through undersigned Assistant Attorney General, come the defendants and respectfully move the Court to tax costs, as follows:

1.

On September 6, 2001, judgment was entered dismissing plaintiff's action against the defendants. Accordingly, the defendants are the prevailing parties. Under FRCP Rule 54(d)(1), they are entitled to costs as a matter of course.

2.

Pursuant to 28 U.S.C. §1920 the Court may tax certain items as costs.



Fee
Process
X Dktd
CtRmDep
Doc.No.

3.

Under §1920(4), the defendants are entitled to $21.10 as costs for copies of papers necessarily obtained for use in the case.

4.

Under §1920(5) and §1923(a), the defendants are entitled to $20.00 as attorney's fees.

5.

Pursuant to 28 U.S.C. §1920 and Local Rule 5.04, a memorandum of costs is submitted herewith.

6.

The items for which costs are sought are correct and the costs have been necessarily incurred.

**WHEREFORE,** the defendants pray that costs in this matter be taxed against the plaintiff in the amount of $41.10.

Respectfully submitted,

**RICHARD P. IEYOUB**
**ATTORNEY GENERAL**

**BY:** Michéal L. Penn
**(MS.) MICHÉAL L. PENN**
**ASSISTANT ATTORNEY GENERAL**
**BAR ROLL # 20321**

**LOUISIANA DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION, NEW ORLEANS**
**601 POYDRAS STREET, SUITE 1725**
**NEW ORLEANS, LA. 70130**
**TELEPHONE: (504) 599-1200**
**FAX: (504) 599-1212**

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing **APPLICATION TO TAX COSTS,** on the pro se plaintiff by overnight Mail, properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this 11 day of September 2001.

Jorge M. Estevez
38 Calle 10-45 Zona 8
Guatemala City, Guatemala

Michéal L. Penn
(Ms.) Michéal L. Penn

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| *************************** | | |
|---|---|---|
| **JORGE M. ESTEVEZ** | : | **CIVIL ACTION** |
| | : | |
| **VS.** | : | **NO. 00-127** |
| | : | |
| **JAMEELA Y. ARSHAD, M.D.** | : | |
| **And WASHINGTON** | : | |
| **CORRECTIONAL** | : | |
| **INSTITUTION** | : | **SECTION "R"(4)** |
| **************************** | | |

**MEMORANDUM IN SUPPORT OF APPLICATION TO TAX COSTS**

**MAY IT PLEASE THE COURT:**

**NOW INTO COURT,** through undersigned Assistant Attorney General, come the defendants and respectfully move the Court to tax costs against Plaintiff in this matter.

**1. THE DEFENDANTS ARE ENTITLED TO AN AWARD OF COSTS**

On September 6, 2001, judgment was entered dismissing plaintiff's action against the defendants. Accordingly, these defendants are prevailing parties.

Under Rule 54(d)(1) of the Federal Rules of Civil Procedure, these defendants are entitled to costs as a matter of course. Pursuant to 28 U.S.C. §1920, the Court may tax certain items as costs. The items for which costs are sought are correct, the costs have been necessarily incurred in this case, and the services for which fees have been charged were actually and necessarily performed. *See,* Exhibit A – Affidavit.

**2. <u>COSTS FOR COPIES - SECTION 1920(4)</u>**

Under §1920(4), the defendants are entitled to $ 20.10 as costs for copies of papers necessarily obtained for use in the case. This is the charge for 201 copies. An itemized list is attached hereto and made a part hereof as Exhibit B.

Copying of the Motions required that three (3) copies be made: the Court requires the filing of the original and a copy (Local Rule 2.04E), one copy must be served on the plaintiff (FRCP Rule 5), and undersigned needed to keep a copy for the case file.

This copying was done in-house. Defendants seek a rate of ten cents per page. ***Berryman v. Epp***, 884 F.Supp. 242, 243 and n. 2, 246 at n. 6 (E.D. Mich. 1995).

**3. <u>NOMINAL ATTORNEY'S FEES</u>**

Under 28 U.S.C. §1920(5) and §1923(a), the defendants are entitled to $20.00 as attorney's fees. ***Berryman, supra***, 884 F.Supp. at 244-46; ***National Bankcard Corp. v. Visa U.S.A., Inc.***, 112 FRD 62, 69-70 (S.D. Fla. 1986).

4. **RECAPITULATION**

Accordingly, costs are calculated as follows:

| | | | |
|---|---|---|---|
| 1) | Copies: 201 copies at 10 cents per page | | $20.10 |
| 2) | Nominal attorney's fees | | $20.00 |
| | | TOTAL: | $40.10 |

5. **CONCLUSION**

Accordingly, the defendants pray that costs in this matter be taxed against plaintiff, Jorge Estevez, in the amount of $40.10.

Respectfully submitted,

**RICHARD P. IEYOUB**
**ATTORNEY GENERAL**

**BY:** Michéal L. Penn
**(MS.) MICHÉAL L. PENN**
**ASSISTANT ATTORNEY GENERAL**
**BAR ROLL # 20321**

**LOUISIANA DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION, NEW ORLEANS**
**601 POYDRAS STREET, SUITE 1725**
**NEW ORLEANS, LA. 70130**
**TELEPHONE: (504) 599-1200**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon the pro se plaintiff by mailing a copy by overnight mail, properly addressed and postage prepaid from New Orleans, Louisiana on this 11 day of September 2001.

Jorge M. Estevez
38 Calle 10-45 Zona 8
Guatemala City, Guatemala

Michéal L. Penn
Michéal L. Penn

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| ****************************** | | |
|---|---|---|
| **JORGE M. ESTEVEZ** | : | **CIVIL ACTION** |
| | : | |
| **VS.** | : | **NO. 00-127** |
| | : | |
| **JAMEELA Y. ARSHAD, M.D.** | : | |
| **And WASHINGTON** | : | |
| **CORRECTIONAL** | : | |
| **INSTITUTION** | : | **SECTION "R"(4)** |
| ****************************** | | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE**, that the undersigned will bring the foregoing Application to Tax Costs for hearing before the Hon. Loretta G. Whyte, Clerk, United States District Court, 500 Camp Street, New Orleans, Louisiana, 70130, on the _____ day of September 2001, at ______ o'clock __.m.

**Respectfully submitted,**

**RICHARD P. IEYOUB**
**ATTORNEY GENERAL**

**BY:** Micheál L Penn
________________________________
**(MS.) MICHÉAL L. PENN (#20321)**
**ASSISTANT ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
601 POYDRAS STREET, SUITE 1725
NEW ORLEANS, LOUISIANA 70130
MAIN TELEPHONE NO. (504) 599-1200
DIRECT TELEPHONE NO. (504) 599-0589
FAX NO. (504) 599-1212

**CERTIFICATE OF SERVICE**

**I CERTIFY** I have served the foregoing **NOTICE OF HEARING** on the pro se plaintiff by overnight Mail, properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this 11 day of September 2001.

Jorge M. Estevez
38 Calle 10-45 Zona 8
Guatemala City, Guatemala

Michéal L. Penn
(Ms.) Michéal L. Penn

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| *************************** | | |
|---|---|---|
| **JORGE M. ESTEVEZ** | : | **CIVIL ACTION** |
| | : | |
| **VS.** | : | **NO. 00-127** |
| | : | |
| **JAMEELA Y. ARSHAD, M.D.** | : | |
| **And WASHINGTON** | : | |
| **CORRECTIONAL** | : | |
| **INSTITUTION** | : | **SECTION "R"(4)** |
| **************************** | | |

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**AFFIDAVIT**

**BEFORE ME,** the undersigned Notary, personally came and appeared:

**MICHÉAL L. PENN**

who, after being duly sworn, did depose and say that:

1. I am employed by the Louisiana Department of Justice as an Assistant Attorney General, was appointed by the Department to represent the defendants in this matter, and am counsel of record for said defendants in this matter.

2. I have reviewed the Application to Tax Costs in this matter and the Memorandum in Support of Application to Tax Costs.

3. The items for which costs are sought are correct, the costs have been necessarily incurred in the case, and the services for which fees have been charged were actually and necessarily performed.

4. The above is true and correct to the best of my knowledge, information, and belief.



**Michéal L. Penn**

**SWORN AND SUBSCRIBED** before me, Notary, at New Orleans, Louisiana on this ____ day of September 2001.

______________________________

**NOTARY PUBLIC**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| ****************************** | | |
|---|---|---|
| **JORGE M. ESTEVEZ** | : | **CIVIL ACTION** |
| | : | |
| **VS.** | : | **NO. 00-127** |
| | : | |
| **JAMEELA Y. ARSHAD, M.D.** | : | |
| **And WASHINGTON** | : | |
| **CORRECTIONAL** | : | |
| **INSTITUTION** | : | **SECTION "R"(4)** |
| ****************************** | | |

**ITEMIZED STATEMENT OF COPIES**

| | | **COPIES** |
|---|---|---|
| 1) | Motion to Dismiss Washington Correctional Institute for Failure to State a Claim upon which Relief can be Granted (Rec. Doc. 8).<br>8 pages x 3 copies | 24 |
| 2) | Motion to Dismiss the State of Louisiana Department of Public Safety and Corrections for Failure to State a Claim upon which Relief can be Granted (Rec. Doc. 26).<br>9 pages x 3 copies | 27 |
| 3) | Motion to Strike Prayer for Attorneys Fees (Rec. Doc. 36).<br>6 pages x 3 copies | 18 |

4) Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted (Rec. Doc. 38).
8 pages x 3 copies 24

5) Motion for Summary Judgment (Rec. Doc. 75).
36 pages x 3 copies 108

**TOTAL COPIES** 201

Respectfully submitted,

**RICHARD P. IEYOUB**
**ATTORNEY GENERAL**

**BY:** Michéal L. Penn
**(MS.) MICHÉAL L. PENN**
**ASSISTANT ATTORNEY GENERAL**
**BAR ROLL # 20321**

**LOUISIANA DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION, NEW ORLEANS**
**601 POYDRAS STREET, SUITE 1725**
**NEW ORLEANS, LA. 70130**
**TELEPHONE: (504) 599-1200**
**FAX: (504) 599-1212**

**CERTIFICATE OF SERVICE**

I certify that I have served the foregoing Itemized Statement of copies on the pro se plaintiff by mailing a copy by overnight mail, properly addressed and postage prepaid from New Orleans, Louisiana on this 11 day of September 2001.

Jorge M. Estevez
38 Calle 10-45 Zona 8
Guatemala City, Guatemala

Michéal L. Penn
Michéal L. Penn