```
           FILED
      U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

      2001 SEP 14 AM 2:16

        LORETTA G. WHYTE
              CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JORGE M. ESTEVEZ | : | CIVIL ACTION |
| VS. | : | NO. 00-127 |
| JAMEELA Y. ARSHAD, M.D.<br>And WASHINGTON<br>CORRECTIONAL<br>INSTITUTION | : | SECTION "R"(4) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that the undersigned will bring the foregoing Application to Tax Costs for hearing before the Hon. Loretta G. Whyte, Clerk, United States District Court, 500 Camp Street, New Orleans, Louisiana, 70130, on the 9th day of October 2001, at 9:00 o'clock a.m.

Respectfully submitted,

RICHARD P. IEYOUB
ATTORNEY GENERAL

BY: _____
(MS.) MICHÉAL L. PENN (#20321)
ASSISTANT ATTORNEY GENERAL

1



**DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
601 POYDRAS STREET, SUITE 1725
NEW ORLEANS, LOUISIANA  70130
MAIN TELEPHONE NO.         (504) 599-1200
DIRECT TELEPHONE NO.        (504) 599-0589
FAX NO.                    (504) 599-1212

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing **NOTICE OF HEARING** on the pro se plaintiff by overnight Mail, properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this _14_ day of September 2001.

Jorge M. Estevez
38 Calle 10-45 Zona 8
Guatemala City, Guatemala

_____
(Ms.) Micheál L. Penn

2