UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED OCT 0 1 2001
LORETTA G. WHYTE
Clerk

| JORGE M. ESTEVEZ, PRO-SE | CIVIL ACTION |
|---|---|
| VS. | NO: 00-0127 |
| JAMEELA Y. ARSAD, ET AL | SECTION: "R" (4) |

MOTION REQUESTING EXPLANATORY INFORMATION AS TO THE STATUS OF THE ENTITLED CASE, RESPONSE TO THE DEFENDANTS APPLICATION TO TAX COSTS AND TO PLEASE EXPLAIN WHAT THE ASST. ATTORNEY FOR LOUISIANA, MS. M. PENN, MEANT BY "JUDGMENT WAS ENTERED DISMISSING PLAINTIFF'S ACTION AGAINST THE DEFENDANTS", WHEN PLAINTIFF WAS NEVER ALERTED OF A HEARING.

TO THE COURT:

I, JORGE M. ESTEVEZ, PRO SE PLAINTIFF MOVE THE COURT TO DENY DEFENDANTS APPLICATION TO TAX COSTS, TO PLEASE NOTIFY PLAINTIFF AS TO THE PRESENT STATUS OF THIS ENTITLED CASE AND REQUEST THAT THE HONORABLE COURT PREPARE AN UPDATED STATUS OF THE CASE, SIMPLIFIED IN LAYMAN'S TERMS, THAT I MAY UNDERSTAND FOR THE FOLLOWING REASONS:

I. AS THIS HONORABLE COURT IS AWARE THE PLAINTIFF IS NOT AN ATTORNEY OR A PERSON VERSED OR TRAINED IN ALL ASPECTS OF CIVIL

PAGE 1 OF 5

LAW TO PROPERLY LITIGATE THIS CLAIM

A.) PLAINTIFF'S ONLY EXPERIENCE IN LAW WAS OBSERVING OTHER INMATES ALSO WITH NO LEGAL TRAINING, LITIGATING THEIR PERSONAL CIVIL CASES, PRO SE, FOR A FEW MONTHS WHILE AN INMATE AT THE WASHINGTON CORRECTIONAL INST.

B.) TRUE, THE COURT HAS APPOINTED PLAINTIFF COUNSEL HOWEVER, TO DATE, NO APPOINTMENT HAS BEEN ACCEPTED AND PLAINTIFF REMAINS WITHOUT COUNSEL.

    1.) THE CLERK OF COURT HAS FAILED TO NOTICE THAT THOUGH THIS HONORABLE COURT HAS TWICE ATTEMPTED TO APPOINT COUNSEL BOTH TULANE AND LAYOLA LAW CLINICS HAVE FAILED TO ACCEPT THE APPOINTMENTS AND RETURNED ALL MY MOTIONS UNFILED.

        a) BOTH, I BELIEVE DUE TO THE HARDSHIP MY SEPERATION FROM THE UNITED STATES PLACES ON CLIENT / ATTORNEYS ABILITY TO PROPERLY AND LEGALY COMMUNICATE TO LITIGATE THIS CLAIM WITH ALL BENEFITS DUE UNDER THE LAW.

        b.) BOTH PLAINTIFF AND THE LAW CLINICS APPOINTED, HAVE TULANE LAW CLINIC AND LAYOLA LAW CLINIC HAVE INFORMED THE COURT OF THEIR INABILITY TO ACCEPT THE

PAGE 2 OF 5

APPOINTMENT.

1) IN THE INTEREST OF JUSTICE THE COURT SHOULD PERMIT PLAINTIFF TO FILE, THOUGH NOT EXACTLY LEGALY ACCURATE, MOTIONS TO PROVE HIS CASE AND SHOULD VOID ALL JUDGMENTS ENTERED SINCE HE WAS FOUND UNABLE TO PROPERLY LITIGATE THIS CLAIM VOID.

2.) THAT THOUGH PLAINTIFF WAS NOT BORN ON AMERICAN SOIL HE WAS RAISED IN THE U.S. NOT ONLY DEVELOPING HIS MORES AND VALUES BUT UNDER-STANDING THE PRINCIPALS OF THE AMERICAN WAY AND IS WELL AWARE THAT A COURT HEARING, TO BE JUST, MUST BE PROPERLY REPRESENTED BY BOTH SIDES.

3.) PLAINTIFF REQUESTS THAT IN THE BEST INTEREST OF JUSTICE ANY FURTHER HEARINGS BE DETAINED UNTIL ATTORNEY HAS BEEN APPOINTED AND HE IS PROPERLY BEING REPRESENTED

WHEREFORE PLAINTIFF PRAYS THIS MOTION WILL BE GRANTED IN ITS ENTIRETY AND WISH TO LET THE COURT KNOW THAT SHOULD THE JUDGMENT OF SEPTEMBER 6, 2001 DISMISSING MY CLAIM BE FINAL I WISH IT APPEALED TO THE CIRCUIT COURT OF APPEALS, AND:

PAGE 3 OF 5

1.) THAT SHOULD THE COURT BE UNABLE TO LOCATE COUNSEL DUE TO MY ABSENCE FROM THE UNITED STATES MAKING IT VERY DIFFICULT TO CONDUCT EFFECTIVE ATTORNEY-CLIENT COMMUNICATIONS AND PROPERLY LITIGATE THIS CLAIM PLAINTIFF REQUESTS THAT THE COURT CONSIDER GRANTING PLAINTIFF'S APPLICATION FOR A WRIT OF HABEAS CORPUS

   a) THIS WILL NOT ONLY ALLOW PLAINTIFF TO COMMUNICATE WITH AND ASSIST HIS APPOINTED COUNSEL BUT WILL ALSO AFFORD HIM WHAT WAS HIS CONSTITUTIONAL RIGHT TO INVOKE THE DUE PROCESS CLAUSE AND APPLY FOR A WAIVER OF GROUNDS OF EXCLUDABILITY.

   THAT SHOULD IN THE INTEREST OF JUSTICE PLAINTIFF BE PERMITTED TO REENTER THE UNITED STATES TO PURSUE HIS LEGAL RIGHTS HE IS WILLING TO BE PLACED ON A HOUSE ARREST PROGRAM AT THE HOME OF HIS SISTER, MRS. MIROSLAVA ROMA; 9012 TANGLEWILD PLACE; RIVER RIDGE, LA. 70123; PHONE NO: # 737-7829

RESPECTFULLY SUBMITTED THIS 24TH DAY OF SEPTEMBER, 2001.

/s/ Jorge M. Estevez

JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA CITY, GUATEMALA

PAGE 4 OF

## CERTIFICATE OF SERVICE

I, JORGE M. ESTEVEZ, UNDER PENALTY OF PERJURY HEREBY CERTIFY THAT A COPY OF THE FOREGOING MOTION WAS MAILED VIA GUATEMALAN AND UNITED STATES MAIL SERVICE TO MS. M. PENN, LOUISIANA ASSISTANT ATTORNEY GENERAL, 601 POYDRAS, SUITE 1725, NEW ORLEANS, LA., 70130.

SIGNED AND DONE THIS 24TH DAY OF SEPTEMBER, 2001.

/s/ Jorge M. Estevez

JORGE M. ESTEVEZ
38 CALLE 20-45 ZONA 8
GUATEMALA CITY, GUATEMALA

TO: MS. LORETTA G. WHYTE, CLERK
U.S. EASTERN DISTRICT COURT
500 CAMP ST., SUITE
NEW ORLEANS, LA. 70130

FROM: JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 8
GUATEMALA CITY, GUATEMALA

DATE: 9-24-2001

RE: ESTEVEZ VS. ARSHAD, ET AL, CIVIL ACTION
00-0127 "R" (4)   USDC EASTERN DISTRICT

DEAR MS. WHYTE:

ENCLOSED ARE THE ORIGINAL AND COPY OF A MOTION ENTITLED "MOTION REQUESTING EXPLANATORY INFORMATION AS TO THE STATUS OF THE ENTITLED CASE, RESPONSE TO THE DEFENDANTS APPLICATION TO TAX COSTS AND REQUEST TO PLEASE EXPLAIN WHAT THE ASST. ATTORNEY GEN. MEANT BY "JUDGMENT WAS ENTERED DISMISSING PLAINTIFFS ACTION AGAINST THE DEFENDANTS" PLEASE FILE THE ORIGINAL AND RETURN A STAMPED AND CONFORMED COPY, WHATEVER THAT MAY BE, TO ME.

THANKING YOU FOR YOUR TIME AND COOPERATION, I REMAIN

RESPECTFULLY YOURS

*Jorge M. Estevez*
JORGE M. ESTEVEZ
38, CALLE 10-45 ZONA 8
GUATEMALA CITY, GUATEMALA



Jorge M. Estevez
38 Calle 10-45 Zona 8
Guatemala City, Guatemala

Ms. Loretta G. Whyte, Clerk
U.S. Eastern District Court
500 Camp St.
New Orleans, Louisiana 70130

CORREO AEREO
VIA AIR MAIL