UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED OCT - 9 2001
LORETTA G. WHYTE
CLERK

Jorge M. Estevez

Versus

Jameela Y. Arshad, M.D. and Washington
Correctional Institution

Civil Action:00-127

Section: R
Magistrate:4

## BILL OF COSTS

Costs are hereby taxed against plaintiff, Jorge M. Estevez, and in favor of the defendants, Jameela Y. Arshad, M.D. and Washington Correctional Institution, in the amount of $ 40.10 and included in the judgment.

New Orleans, Louisiana this 9th day of October, 2001.

LORETTA G. WHYTE
CLERK OF COURT

DATE OF ENTRY
OCT 0 9 2001

Fee
Process
X Dktd
CtRmDep
Doc.No. 115