U. S. DISTRICT COURT
Eastern District of Louisiana

FILED OCT 16 2001

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORGE M. ESTEVEZ, PRO SE | CIVIL ACTION |
| VS | NO: 00-0127 |
| JAMEELA X. ARSHAD, ET AL | SECTION: "R" (4) |

## NOTICE OF APPEAL

TO THE COURTS:

    I, JORGE M. ESTEVEZ, PRO SE RESPECTFULLY WISHES TO PLACE THIS HONORABLE COURT ON NOTICE THAT HE INTENDS TO APPEAL THE JUDGMENT ORDER DISMISSING PLAINTIFF'S COMPLAINT ON 9-6-2001.

    PLAINTIFF WISHES THIS NOTICE OF APPEAL BE HELD AS TIMELY FILED FOR THE FOLLOWING REASONS:

    1). THAT THOUGH THIS JUDGMENT WAS ORDERED ON 9-6-2001 AND DOCKETED ON 9-12-2001 PLAINTIFF WAS NOT NOTIFIED, AS THE ENCLOSED EXHIBITS SHOW, NOTIFIED UNTIL 10-5-2001.

    2). THAT PLAINTIFF IS NOT ONLY NO LONGER INCARCERATED BUT OUT OF THE COUNTRY, WITH NO COUNSEL OR ACCESS TO A LAW LIBRARY AND THE LOGISTICS OF HAVING TO ENGAGE IN ADMISTRATIVE PROCEEDINGS, AS THE MAGISTRATE JUDGE NOTED, WOULD NOT SERVE JUDICIAL ECONOMY OR THE PURPOSE OF THE PLEA.

Fee Not pd
Process___
X Dktd___
X CtRmDep___
Doc. No.___ 116

PAGE 1 OF 3

3. THAT AS SHOWN ON THE U.S. MAGISTRATE JUDGE'S "PARTIAL REPORT AND RECOMENDATION," DATED FEB. 2, 2001, DEFENDANTS "MOTION FOR SUMMARY JUDGMENT (REC. DOC. # 75)" FOR PLAINTIFF'S FAILURE TO EXHAUST THE AVAILABLE STATE LAW REMEDIES REGARDING HIS ADA AND SECTION 1983 CLAIMS BE DENIED.

4. THAT FOR THE COURT ON SEPTEMBER 12-2001, ON DAY FOLLOWING THE TERRORIST ATTACK ON THE WORLD TRADE CENTER, TO DISMISS HIS CLAIM CONTRARY TO AMERICAN LAW PROMPS PLAINTIFF TO REMIND THE COURT THAT HE IS NOT IRANIAN OR ISLAMIC AND THAT REGARDING NATIONALITY OR RELIGION HE IS NOT A TERRORIST AND HIS RECORD WILL SHOW HE WOULD NEVER HARM INOCENT PEOPLE.

5. THAT HE ONLY SEEKS JUSTICE AS HE WAS ALWAYS TAUGHT THE AMERICAN WAY.

6.) THAT TO HOLD A HEARING WITHOUT NOTIFYING PLAINTIFF THAT HE MAY DEFEND HIMSELF AND TO DO SO WHILE HE IS WITHOUT COUNSEL IS AGAINST THE LAWS OF THE UNITED STATES

PLAINTIFF ALSO REQUESTS THAT THE COURT CONTINUE TO ATTEMPT TO PROVIDE HIM WITH

PAGE 2 OF 3

COUNSEL A'S SHOULD THIS RIGHT TO APPEAL NOT BE GRANTED HE WISHES TO CONTINUE AND EXHAUST HIS ADMINISTRATIVE REMEDIES, WHICH NO LONGER APPLY AND REFILE THE CLAIMS UPON EXHAUSTION.

WHEREFORE PLAINTIFF PRAYS HIS NOTICE OF APPEAL WILL BE HONORED AND SINCE HE IS NOT AN ATTORNEY OR FAMILIAR WITH THE APPEAL SYSTEM THAT:

1. THE APPEAL BE PLACED ON HOLD UNTIL THE APPOINTMENT OF COUNSEL BY MAGISTRATE JUDGE KAREN W. ROBY.

2. THE COURT, IF POSSIBLE, PROVIDE PLAINTIFF WITH LAW BOOKS TO LITIGATE THIS CASE.

RESPECTFULLY SUBMITTED THIS 5TH DAY OF OCTOBER, 2001

s/ Jorge M. Estevez

## CERTIFICATE OF SERVICE

I, JORGE M. ESTEVEZ UNDER PENALTY OF PERJURY HEREBY CERTIFY THAT A COPY OF THIS NOTICE OF APPEAL WAS MAILED VIA U.S. MAIL SERVICE TO MS. M. PENN, ASST ATTY GEN OF LA, 601 POYDRAS, SUITE 1725, N.O., LA 70130.

SIGNED AND DONE THIS 5 DAY OF OCTOBER 2001

s/ Jorge M. Estevez
JORGE M. ESTEVEZ
38 CALLE 10-45 ZONA 5
GUATEMALA CITY, GUATEMALA

PAGE 3 OF 3

TO: MS. LORETTA G. WHYTE, CLERK
U.S. EASTERN DISTRICT COURT
500 CAMP ST., ROOM C-151
NEW ORLEANS, LA. 70130

FROM: JORGE M. ESTEVEZ
3 E. CALLE 10-45 ZONA 8
GUATEMALA CITY, GUATEMALA

DATE: 10-5-2001

RE: ESTEVEZ VS APSHAD, ET AL., C.A. 00-127 "R" (4)

DEAR MS. WHYTE,

    ENCLOSED PLEASE FIND A NOTICE TO APPEAL WHICH I WISH FILED INTO THE ABOVE REFERENCED CASE. AND A COPY TO BE PROPERLY STAMPED AND RETURNED

    THANKING YOU FOR YOUR TIME AND ATTENTION I REMAIN

    RESPECTFULLY YOURS

*Jorge M. Estevez*

JORGE M. ESTEVEZ
3 E. CALLE 10-45 ZONA 8
GUATEMALA CITY, GUATEMALA