

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-31177
USDC No. 00-CV-127-R
_____

U.S. COURT OF APPEALS
FILED
NOV 6 2001
CHARLES R. FULBRUGE III
CLERK

JORGE M. ESTEVEZ,

                            Plaintiff-Appellant,

versus

JAMEELA Y. ARSHAD, WASHINGTON CORRECTIONAL
INSTITUTE, ED C. DAY, ROBERT TANNER, JAMES
MILLER, KATHLEEN MCGINNIS, BESSIE CARTER,
RICHARD STALDER, DR. TRAN, JOHNNY CREED,
HARRY LEE, LOUISIANA DEPARTMENT OF CORRECTIONS,
LYNN MCCLOUD and BILL BRELAND,

                            Defendants-Appellees.

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
_____

Before DAVIS, JONES, and DENNIS, Circuit Judges.

BY THE COURT:

    This court must examine the basis of its jurisdiction on its own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). In this civil rights case, the district court entered a final judgment dismissing the complaint on September 6, 2001. Accordingly, the final day for filing a timely notice of appeal was Tuesday, October 9, 2001, because the thirtieth day was a Saturday, and the following Monday was a legal holiday. See Rules 4(a)(1)(A), 26(a)(3), Fed. R. App. On October 1, 2001, the plaintiff filed in the district court a document denominated



01-31177
- 2 -

"motion requesting explanatary [sic] information as to the status of the [] case," which the district court transmitted to this court as a notice of appeal from the September 6, 2001, final judgment, and on October 16, 2001, the plaintiff filed a notice of appeal from the final judgment. Because the document filed October 1, 2001, requests clarification as the primary relief, it does not clearly evince an intent to appeal, and therefore it is not effective as a notice of appeal from the September 6, 2001, judgment. See id. Moreover, the notice of appeal filed on October 16, 2001, is not timely from entry of the September 6, 2001, final judgment. Accordingly, we lack jurisdiction, and the appeal must be dismissed.

APPEALS DISMISSED.

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
   Deputy   11/6/01
New Orleans, Louisiana